Cardillo & Corbett
Attorneys for Plaintiff
BAJA FERRIES USA LLC
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
James P. Rau (JR-7209)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
BAJA FERRIES USA LLC,　　　　　　　　　　　:

　　　　　　　　　　　　Plaintiff,　　　　:

　　　　　　-against-　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
CALDER SEACARRIER CORP.　　　　　　　　　:
a/k/a CALDER SEA CARRIER CORP.,　　　　　:
FENBY CO. a/k/a FENBY CO. LTD.,　　　　　:
UNITED SHIPPING AGENCY SRL,　　　　　　　:
BRISTOL MARINE CO. LTD. and BML　　　　　:
CHARTERING　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants.　　　:
----------------------------------------x

08 CIV 6031

RULE 7.1 STATEMENT

　　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, BAJA FERRIES USA LLC (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:　　New York, New York
　　　　　 July 2, 2008

　　　　　　　　　　　　　　　　CARDILLO & CORBETT
　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　BAJA FERRIES USA LLC

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　James P. Rau (JR 7209)