```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
BAJA FERRIES USA LLC,

      Plaintiff,

  -against-

CALDER SEACARRIER CORP.
a/k/a CALDER SEA CARRIER CORP.,
FENBY CO. a/k/a FENBY CO. LTD.,
UNITED SHIPPING AGENCY SRL,
BRISTOL MARINE CO. LTD. and BML
CHARTERING
      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

: ECF
: ORDER FOR PROCESS
: OF MARITIME ATTACHMENT
: 08 Civ. 6031 (DC)

**WHEREAS**, on July 2, 2008, Plaintiff, BAJA FERRIES USA LLC, filed a Verified Complaint herein for damages amounting to $640,708.81 against CALDER SEACARRIER CORP. a/k/a CALDER SEA CARRIER CORP. and FENBY CO. a/k/a FENBY CO. LTD. and against UNITED SHIPPING AGENCY SRL and BRISTOL MARINE CO. LTD. and BML CHARTERING amounting to $482,775.72 and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

  **WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendants' property within the District of this Court; and

  **WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of

Supplemental Rule B appearing to exist, it is hereby

**ORDERED**, that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the Defendants by any garnishees within this District, including but not limited to, ABN Amro Bank NV, American Express Bank, Banco Popular, Bank Leumi, Bank of America, Bank of China, Bank of Communications Co. Ltd. New York Branch, Bank of India, Bank of New York, Barclays Bank, BNP Paribas, Calyon, Citibank, Commerzbank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, State Bank of India, Societe Generale, UBS AG and/or Wachovia Bank, in an amount up to and including $640,708.81 with respect to defendants CALDER SEACARRIER CORP. a/k/a CALDER SEA CARRIER CORP. and FENBY CO. a/k/a FENBY CO. LTD. and $482,775.72 with respect to defendants UNITED SHIPPING AGENCY SRL and BRISTOL MARINE CO. LTD. and BML CHARTERING, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other

relief granted; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent to accept service by any other means; and it is further

**ORDERED** that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: New York, New York
       July 2__, 2008

                                   SO ORDERED:
                                   _____
                                   U.S.D.J.