UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BAJA FERRIES USA LLC,

                Plaintiff,

    -against-

CALDER SEACARRIER CORP.
a/k/a CALDER SEA CARRIER CORP.,
FENBY CO. a/k/a FENBY CO. LTD.,
UNITED SHIPPING AGENCY SRL,
BRISTOL MARINE CO. LTD. and BML
CHARTERING

                Defendants.
------------------------------------x

ECF
ORDER APPOINTING
PERSON TO SERVE
PROCESS
08 Civ. 6031 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08

        Upon motion of the Plaintiff for an order appointing James P. Rau, Tulio R. Prieto, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

        Upon reading the Affidavit of James P. Rau, sworn to July 2, 2008, and good cause having been shown,

        IT IS ORDERED that James P. Rau, Tulio R. Prieto, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendants herein and upon the garnishees.

Dated:  New York, New York
       July 2, 2008

                                      United State District Judge