FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
United Shipping Agency SRL
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
Gina M. Venezia (GV 1551)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAJA FERRIES USA L.L.C., | 08-cv-06031 (DC) |
| Plaintiff, | **NOTICE OF RESTRICTED APPEARANCE PURSUANT TO ADMIRALTY RULE E(8)** |
| - against - | |
| CALDER SEACARRIERS CORP., FENBY CO. LTD., UNITED SHIPPING AGENCY SRL, BRISTOL MARINE CO. LTD. and BML CHARTERING, | |
| Defendants. | |

   PLEASE TAKE NOTICE that Gina M. Venezia, a partner at Freehill Hogan & Mahar, LLP, hereby enters a restricted appearance pursuant to Federal Rules of Civil Procedure Supplemental Admiralty Rule E(8) on behalf of Defendant United Shipping Agency SRL, the party in interest to certain funds under attachment, reserving all defenses available to it including without limitation personal jurisdiction, service and venue.  Ms. Venezia respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the address below.  Ms. Venezia is admitted to practice before this Court.

>Respectfully submitted,
>
>   /s/ Gina M. Venezia
>Gina M. Venezia (GV1551)
>Freehill, Hogan & Mahar, LLP
>80 Pine Street
>New York, New York  10005
>Phone:  (212) 425-1900
>Fax:  (212) 425-1901
>Email:  venezia@freehill.com
>Attorneys for Defendant United Shipping Agency SRL

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all attorneys of record.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below service list in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

**VIA CM/ECF:**

James Peter Rau
Cardillo & Corbett
29 Broadway, Suite 1710
New York, NY 10006
Tel:  212-344-0464
Fax: 212-797-1212
Email: jrau@cardillocorbett.com


/s/ Gina M. Venezia
Gina M. Venezia