UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BAJA FERRIES USA LLC,                  :
                                       :
                          Plaintiff,   :    ECF
                                       :
              -against-                :    08 Civ. 06031(DC)
                                       :
CALDER SEACARRIER CORP.                :    DECLARATION OF
a/k/a CALDER SEA CARRIER CORP.,        :    JOHNNY CHRISTENSEN
FENBY CO. a/k/a FENBY CO. LTD.,        :
UNITED SHIPPING AGENCY SRL,            :
BRISTOL MARINE CO. LTD. and BML        :
CHARTERING                             :
                                       :
                          Defendants.  :
------------------------------------x

JOHNNY CHRISTENSEN, affirms under penalties of perjury under the laws of the United States, 28 U.S.C. § 1746:

1.    I am the Chartering Manager of Unishipping S.A.S, Paris ("Unishipping), and have the responsibility for its vessel chartering activities and for related agency services on behalf of our principals. I have held this position since 2001 and have been in the shipping business for some 30 years. I am making this Declaration in opposition to the motion by United Shipping Agency Srl ("United") to vacate the maritime attachment obtained by Baja Ferries USA LLC ("Baja"), for whom we acted as agents.

2.    I have read the Declarations of Mihai Felescu of United in which he claims that there was no agreement between United and Unishipping, as agents for Baja, with respect to United retaining the bills of lading until instructed to release them by Unishipping.  This is untrue.

3.    The emails exchanged between myself at Unishipping and United, mainly with Mr. Felescu, show that United agreed to follow our instructions not to release the freight prepaid bills of lading until we advised them in writing that Baja received the freight in its bank account. United's breach of this agreement is the primary claim against it in this action. A copy of the emails exchanged between Unishipping and United is attached hereto as Exhibit 1.

4.    Vilara Maritime Company Limited, the registered owners of the vessel RENATA (the "Vessel"), had time chartered the Vessel to Baja as charterer (the "Head Charter").

5.    Baja as disponent owner, chartered the Vessel to Calder Seacarriers Corp. ("Calder"), as charterer, to carry a cargo from Constantza, Romania to Mombasa, Kenya (the "Charter Party").  I acted as the broker for Baja in arranging this Charter Party, a copy of which is attached hereto as Exhibit 2. Under the terms of the Charter Party ninety-seven percent of the freight or $1,398,750, was to be prepaid within three days of completion of loading.

6.    Under the Charter Party Calder was to appoint agents at the load and discharge ports and was responsible for paying fees referred to as "D/A", which means disbursements/agency fees.  United was appointed agent in the load port by Calder. As part of its duties, United was to prepare and issue bills of lading under the Charter Party.

2

7.    The Charter Party provided that if bills of lading were marked "freight prepaid" that they would not be released from the agent's custody until Baja confirmed receipt of the freight in its bank account.  This clause insures that Baja is paid the freight before freight prepaid bills are released.  Therefore, if the freight were not received by Baja we would not release bills marked "freight prepaid", or would only allow "freight collect" bills of lading to be issued and released, thereby preserving Baja's right to lien the cargo for the unpaid freight.

8.    Calder requested United to prepare bills of lading marked freight prepaid.  On June 17, 2008, shortly before the Vessel completed loading, I requested United to send us a copy of the draft bills of lading prior to anyone signing or releasing them.

9.    On June 18, 2008 the Vessel completed loading and United sent to us a copy of the draft bills of lading.  On behalf of Baja, I instructed the Master of the Vessel to sign the prepaid bills of lading pursuant to the terms of the Head Charter and to return them to United.

10.    On that same day, I also instructed United to keep the original freight prepaid bills of lading in their custody until further notice from our office.  In fact, I sent them several emails on June 18, 2008 asking for their urgent confirmation that they would not release the bills of lading

3

until instructed to do so by us.

    11.   In an initial response on June 18 to our message, United seemed to want us to issue our instructions to them though Calder to "avoid misunderstanding". United's message read as follows: "Kindly note we have been appointed as agents through Calder Seacarriers, consequently your instructions regarding the bills of lading should be addressed through your contractual party, in order to avoid misunderstanding". We rejected this response as unacceptable.

    12.   I sent the following message on June 18 to United making it clear that they must follow our instructions or we would remove the bills of lading from their custody to insure that the freight prepaid bills were not released before payment was received by our principal Baja. This message is quoted in full as United's acceptance of its terms form the basis of Baja's contract claim against it. Unishipping wrote the following to United:

> We as disponent owners of the RENATA have the final word and agents must obey our orders and or directions in respect of documentation made/issued
>
> Calder Seacarriers are paying -as part of our contract- the D/A but this does not mean that it releases you or your company to follow any orders and directions from our company
>
> <u>Please confirm by return, that the bills of lading will remain in your custody until further notice given from our office failing same will organize that the bills of lading is being picked up by a person of our trust</u>. If you fail in following our orders andor directions have to take appropriate steps to protect our interest. <u>Please confirm</u>

<div align="center">4</div>

<u>receipt of this message and that you will follow our instructions</u> (emphasis added)

13.   On June 18, United agreed to the above message as follows: "Thanks very much for your below instructions, which are duly noted and we confirm acting accordingly". This email exchange of June 18 is attached hereto as Exhibit 3.

14.   On June 20, 2008, United wrote to us asking whether it could release the bills of lading. United wrote: "Please kindly advice if original bills of lading can now be released to the shippers (we understood that the freight has been already paid/funds received. Thanks for your prompt reply".

15.   I answered United on that day that we "cannot give you authority to release bills of lading yet as freight not on [in] owners account… only release same upon our written confirmation that same can be released". A copy of the exchange of June 20, 2008 is attached hereto as Exhibit 4.

16.   On June 20, however, United released the bills of lading despite our clear instructions of that day not to do so.

17.   Baja relied upon the agreement of United to follow our directions with respect to the release of the prepaid bills of lading to its detriment, because if United had not agreed to this we would have taken steps to prevent it from releasing these bills thereby insuring full payment of the freight to Baja.

18.   I should point out, that United's claim that it was appointed as agent by Bristol Marine Co. ("Bristol") is not

5

consistent with its communications with Unishipping before the bills of lading were wrongfully released by it as shown by the email exchanges contained in Exhibit 1. All references are to Calder as the party appointing it and in fact United clearly states this in its June 18 email discussed above.

19. Bristol was a company unknown to us and our client Baja. Before United claimed in its email to us of June 24 to have released the bills of lading on the "authority" of Bristol, the only reference in our email exchanges to it was that it was going to pay the agency fees for Calder. As my only concern was that Calder, rather than Baja, paid United's agency fees as per the Charter Party, I did not give any thought to it and assumed Bristol must be a related or affiliated company of Calder.

20. In any case, United's claim that Bristol "appointed" it, in no way changes United's agreement of June 18 with Baja that it would follow its directions concerning the release of the bills of lading, the breach of which prejudiced Baja's ability to collect the full freight due to it.

The foregoing is true and correct to the best of my knowledge under the penalties of perjury under the laws of the United States.

Executed Paris, France on August 14, 2008

_____
JOHNNY CHRISTENSEN

6

# EXHIBIT

# 1

From: Johnny CHRISTENSEN [johnny.CHRISTENSEN@unishipping.com]
Sent: Friday, June 06, 2008 11:04 AM
To: OFFICE@UNITEDRO
Cc: Mail Unishipping; Prime Maritime Inc.; oruano@bajaferriesusa.com
Subject: RE: LgINT Message (REF:080E27X00)

Case 1:08-cv-06884-JGK Document 14-2    Filed 08/19/2008    Page 2 of 30

TO UNITED SHIPPING AGENCY LTD, CONSTANTZA
FM UNISHIPPING, PARIS
CC PRIME MARITIME FOR ON-PASSING TO CHARTERERS CALDER SEACARRIERS
CC BAJA FERRIES

RE MV RENATA
---
PLEASE NOTE THAT THIS VESSEL GIVES ETA CONSTANTZA ON OR ABOUT THE
11TH JUNE AGW/WP FOR LOADING 13.750 MTONS UREA IN BULK FOR OUR
CHARTERERS CALDER SEACARRIERS.

SAME CHARTERERS (MESSRS CALDER SEACARRIERS) ARE TO PAY FULL D/A FOR
VESSEL'S CALL AT YOUR PORT AND WE KINDLY ASK YOU TO CONFIRM PRIOR
ARRIVAL OF THE VESSEL, THAT YOU HOLD SUFFICIENT FUNDS FOR SAME.

PLEASE GIVE US A LINE-UP OF PRESENT CONGESTION, IF ANY, AT YOUR PORT
AND THE EXPECTED TURN-AROUND.

THANKS VERY MUCH

BRGDS/JOHNNY CHRISTENSEN
AS AGENTS FOR BAJA FERRIES

UNISHIPPING, PARIS
PH +33 1 53648970

| From: | Anca Tureac [anca.tureac@united.ro] |
| --- | --- |
| Sent: | Friday, June 06, 2008 11:52 AM |
| To: | Johnny CHRISTENSEN |
| Cc: | 1 usa office |
| Subject: | Re: LgINT Message (REF:080E27X00) |

Dear Sir,

Thank you for your last which was well noted.
We are checking and will revert on Monday morning with the requested information.

Best regards,
Anca Tureac

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 723 599088, Email office@united.ro

----- Original Message -----
From: "Johnny CHRISTENSEN" <Johnny.CHRISTENSEN@unishipping.com>
To: <OFFICE@UNITED.RO>
Cc: "Mail Unishipping" <mail@unishipping.com>; "Prime Maritime Inc." <chartering@primemaritime.gr>;
<oruano@bajaferriesusa.com>
Sent: Friday, June 06, 2008 6:04 PM
Subject: RE: LgINT Message (REF:080E27X00)

TO UNITED SHIPPING AGENCY LTD, CONSTANTZA
FM UNISHIPPING, PARIS
CC PRIME MARITIME FOR ON-PASSING TO CHARTERERS CALDER SEACARRIERS
CC BAJA FERRIES

RE MV RENATA
---
PLEASE NOTE THAT THIS VESSEL GIVES ETA CONSTANTZA ON OR ABOUT THE
11TH JUNE AGW/WP FOR LOADING 13.750 MTONS UREA IN BULK FOR OUR
CHARTERERS CALDER SEACARRIERS.

SAME CHARTERERS (MESSRS CALDER SEACARRIERS) ARE TO PAY FULL D/A FOR
VESSEL'S CALL AT YOUR PORT AND WE KINDLY ASK YOU TO CONFIRM PRIOR
ARRIVAL OF THE VESSEL, THAT YOU HOLD SUFFICIENT FUNDS FOR SAME.

PLEASE GIVE US A LINE-UP OF PRESENT CONGESTION, IF ANY, AT YOUR PORT
AND THE EXPECTED TURN-AROUND.

THANKS VERY MUCH

BRGDS/JOHNNY CHRISTENSEN
AS AGENTS FOR BAJA FERRIES

1

UNISHIPPING, PARIS
PH +33 1 53648970

| From: | Mihaela Chirvase [mihaela.chirvase@united.ro] |
| Sent: | Sunday, June 08, 2008 4:48 AM |
| To: | oruano; Mail Unishipping; Johnny CHRISTENSEN |
| Cc: | 1 usa office |
| Subject: | mv renata, eta constantza |

To      : Interagro UK
Attn    : Mss Claire Bilton

To      : Interagro SA Bucharest
Attn    : Mr Marian Ghizdareanu

To      : Socep S.A. Constanta

To      : TTS Constantza

To      : Calder Seacarriers
Attn    : Operations Department


Ref     : M/V Renata
==


Please kindly note the Master has just advised that the above mentioned vessel's ETA Constantza is on/around 11.06.2008, wp+agw.


Keep you posted,


Best regards,
Mihaela Chirvase
_____
**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 722 666003, Email office@united.ro

| From: | Mihaela Chirvase [mihaela.chirvase@united.ro] |
|---|---|
| Sent: | Monday, June 09, 2008 9:58 AM |
| To: | Johnny CHRISTENSEN |
| Cc: | 1 usa office |
| Subject: | Re: RENATA / ACCOUNT MESSRS CALDER SEACARRIERS |

Dear Sirs,

Please kindly note the port D/As have already been arranged through Messrs Bristol Marine.

Best regards,
Mihaela Chirvase

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 722 666003, Email office@united.ro

----- Original Message -----
From: "Johnny CHRISTENSEN" <Johnny.CHRISTENSEN@unishipping.com>
To: <OFFICE@UNITED.RO>
Cc: "Mail Unishipping" <mail@unishipping.com>; <oruano@bajaferriesusa.com>
Sent: Monday, June 09, 2008 4:16 PM
Subject: RENATA / ACCOUNT MESSRS CALDER SEACARRIERS

TO UNITED SHIPPING AGENCY LTD, CONSTANTZA
FM UNISHIPPING, PARIS
CC BAJA FERRIES

ATTN ANCA TUREAC

RE MV RENATA
---
PLEASE NOTE THAT THIS VESSEL GIVES ETA CONSTANTZA ON OR ABOUT THE
11TH JUNE AGW/WP FOR LOADING 13.750 MTONS UREA IN BULK FOR OUR
CHARTERERS CALDER SEACARRIERS.

CAN YOU CONFIRM THAT YOU HAVE OR WILL RECEIVE FULL PORT DISBURSEMENTS
FROM MESSRS CALDER SEACARRIERS COVERING THE VESSEL'S CALL AT YOUR PORT ?

THANKS VERY MUCH

BRGDS/JOHNNY CHRISTENSEN
AS AGENTS FOR BAJA FERRIES

UNISHIPPING, PARIS
PH +33 1 53648970

1

| From: | Mihaela Chirvase [mihaela.chirvase@united.ro] |
|---|---|
| Sent: | Tuesday, June 10, 2008 5:48 AM |
| To: | Johnny CHRISTENSEN |
| Cc: | 1 usa office |
| Subject: | Re: RENATA / ACCOUNT MESSRS CALDER SEACARRIERS |

Dear Sirs,

Thank you for your message below.

Please kindly note the above mentioned vessel is scheduled for berthing upon arrival, wp+agw. ETC/ETS loading within about 5 days, wp+agw.


Best regards,
Mihaela Chirvase
_____

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 722 666003, Email office@united.ro

----- Original Message -----
From: "Johnny CHRISTENSEN" <Johnny.CHRISTENSEN@unishipping.com>
To: <OFFICE@UNITED.RO>; "Prime Maritime Inc." <chartering@primemaritime.gr>
Cc: "Mail Unishipping" <mail@unishipping.com>; <oruano@bajaferriesusa.com>
Sent: Tuesday, June 10, 2008 11:39 AM
Subject: RENATA / ACCOUNT MESSRS CALDER SEACARRIERS


TO UNITED SHIPPING AGENCY LTD, CONSTANTZA
TO PRIME MARITIME, FOR ON-PASSING TO CALDER SEACARRIERS
FM UNISHIPPING, PARIS
CC BAJA FERRIES

RE MV RENATA
---
PLEASE NOTE THAT THIS VESSEL GIVES ETA CONSTANTZA ON OR ABOUT THE 11TH PM OR 12TH AM JUNE AGW/WP FOR LOADING 13.750 MTONS UREA IN BULK FOR ACCOUNT OF CALDER SEACARRIERS.

KINDLY ASK THE AGENTS TO ADVISE BY RETURN THE PRESENT CONGESTION IF ANY AT
LOADPORT AND OUR VESSEL'S TURN-AROUND INCLUDING APPROX PORT-STAY FOR LOADING

PLS BE ADVD PRE-STOWAGE PLAN FOR 13.750 BULK UREA (C.A.N.) STOWING ABT 40':
-HOLD 1= 1300 MTS

1

2= 5100 MTS
3= 5100 MTS
4= 2250 MTS
SAILING DRAFTS CONSTANTZA: F=9.15 M AFT=9.75 M


THANKS VERY MUCH

BRGDS/JOHNNY CHRISTENSEN
AS AGENTS FOR BAJA FERRIES

UNISHIPPING, PARIS
PH +33 1 53648970

| From: | Mihaela Chirvase [mihaela.chirvase@united.ro] |
|---|---|
| Sent: | Thursday, June 12, 2008 4:10 AM |
| To: | Johnny CHRISTENSEN |
| Cc: | 1 usa office |
| Subject: | mv renata |

Dear Sirs,

For good order sake please kindly note that, as per information received from the Shippers, your good vessel will load calcium ammonium nitrate (CAN) and not urea.


Best regards,
Mihaela Chirvase

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 722 666003, Email office@united.ro

----- Original Message -----
From: "Johnny CHRISTENSEN" <Johnny.CHRISTENSEN@unishipping.com>
To: <OFFICE@UNITED.RO>; "Prime Maritime Inc." <chartering@primemaritime.gr>
Cc: "Mail Unishipping" <mail@unishipping.com>; <oruano@bajaferriesusa.com>
Sent: Wednesday, June 11, 2008 12:00 PM
Subject: RENATA / ACCOUNT MESSRS CALDER SEACARRIERS

TO UNITED SHIPPING AGENCY LTD, CONSTANTZA
TO PRIME MARITIME, FOR ON-PASSING TO CALDER SEACARRIERS
FM UNISHIPPING, PARIS
CC BAJA FERRIES


RE MV RENATA
---
PLEASE NOTE THAT THIS VESSEL GIVES ETA CONSTANTZA ON OR ABOUT THE 12TH JUNE AGW/WP FOR LOADING 13.750 MTONS UREA IN BULK FOR ACCOUNT OF CALDER SEACARRIERS.

BRGDS/JOHNNY CHRISTENSEN
AS AGENTS FOR BAJA FERRIES

UNISHIPPING, PARIS
PH +33 1 53648970

1

| | |
|---|---|
| **From:** | Marius Ionescu [marius@united.ro] |
| **Sent:** | Friday, June 13, 2008 9:05 AM |
| **To:** | Calder Seacarrier Corp; Mail Unishipping; Johnny CHRISTENSEN; Prime Maritime Greece; oceanstar management inc |
| **Cc:** | USA Office |
| **Subject:** | mv renata |

To     : Unishipping Paris
Attn   : Mr. Johnny Christensen

To     : Prime Maritime Greece

To     : Oceanstar Management Greece
Attn   : Operations Department

To     : Calder Seacarrier Corp
Attn   : Operations Department

Ref    : M/V Renata
==

Please kindly noteMaster has just advised that he requests the next holds inspection today 13.06.2008 at 21.00hrs, iagw.

Keep you posted,

Best regards,
Marius Ionescu

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 726 388799, Email office@united.ro

1

| From: | Anca Tureac [anca.tureac@united.ro] |
| Sent: | Sunday, June 15, 2008 2:44 AM |
| To: | prime maritime greece; Johnny CHRISTENSEN; Mail Unishipping |
| Cc: | USA office |
| Subject: | m/v renata |

Case 1:08-cv-06303-DLC    Document 14-2    Filed 08/19/2008    Page 11 of 30

To      : Unishipping Paris
Attn    : Mr. Johnny Christensen

To      : Prime Maritime Greece

To      : Oceanstar Management Greece
Attn    : Operations Department

To      : Calder Seacarrier Corp
Attn    : Operations Department


Ref     : M/V Renata
===

Please kindly note the quantity loaded until today 15.06.2008 at 07.00hrs about 1700mt. Presently loading continuing, ETC loading tomorrow 16.06.2008 evening, wp+agw.

Keep you posted,


Best regards,
Anca Tureac

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 723 599088, Email office@united.ro

| From: | Madalina Bratu [madalina.bratu@united.ro] |
|---|---|
| Sent: | Monday, June 16, 2008 2:24 AM |
| To: | Johnny CHRISTENSEN; Mail Unishipping; prime maritime greece |
| Cc: | USA office |
| Subject: | mv renata |

To    : Unishipping Paris
Attn  : Mr. Johnny Christensen

To    : Prime Maritime Greece

To    : Oceanstar Management Greece
Attn  : Operations Department

To    : Calder Seacarrier Corp
Attn  : Operations Department

Ref    : M/V Renata
==

Please kindly note the quantity loaded until today 16.06.2008 at 07.00hrs about 4941mt. Slow loading due to bad weather (rain), presently loading continuing, ETC loading on/around 18.06.2008 morning, wp+agw.


Keep you posted,


Best regards,
Madalina Bratu
_____
**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 723 562562, Email office@united.ro

1

| From: | Anca Tureac [anca.tureac@united.ro] |
|---|---|
| Sent: | Tuesday, June 17, 2008 2:21 AM |
| To: | Johnny CHRISTENSEN; Mail Unishipping; prime maritime greece |
| Cc: | USA office |
| Subject: | mv renata |

To     : Unishipping Paris
Attn   : Mr. Johnny Christensen

To     : Prime Maritime Greece

To     : Oceanstar Management Greece
Attn   : Operations Department

To     : Calder Seacarrier Corp
Attn   : Operations Department

Ref    : M/V Renata
==

Please kindly note the quantity loaded until today 17.06.2008 at 07.00hrs about 10300mt. Presently loading continuing, ETC loading tomorrow 18.06.2008 afternoon, wp+agw.

Keep you posted,


Best regards,
Anca Tureac
_____
**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 723 599088, Email office@united.ro

1

| From: | Anca Tureac [anca.tureac@united.ro] |
|---|---|
| Sent: | Wednesday, June 18, 2008 12:36 AM |
| To: | Johnny CHRISTENSEN; Mail Unishipping; prime maritime greece |
| Cc: | USA office |
| Subject: | mv renata |

To    : Unishipping Paris
Attn  : Mr. Johnny Christensen

To    : Prime Maritime Greece

To    : Oceanstar Management Greece
Attn  : Operations Department

To    : Calder Seacarrier Corp
Attn  : Operations Department


Ref    : M/V Renata
==

Please kindly note the following details referring the above mentioned vessel:

Loading suspended     : 18.06.2008   04.00hrs
Draft survey completed   :         07.30hrs

Quantity loaded as per draft survey: 13,731.603mt

Further to Master's request, the vessel will load an additional quantity of about 19mt.

Reverting with further details in due time.

Keep you posted,


Best regards,
Anca Tureac

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 723 599088, Email office@united.ro

1

| From: | Anca Tureac [anca.tureac@united.ro] |
|---|---|
| Sent: | Wednesday, June 18, 2008 3:16 AM |
| To: | Johnny CHRISTENSEN; Mail Unishipping; prime maritime greece |
| Cc: | USA office |
| Subject: | mv renata |

To      : Unishipping Paris
Attn    : Mr. Johnny Christensen


To      : Prime Maritime Greece


To      : Oceanstar Management Greece
Attn    : Operations Department


To      : Calder Seacarrier Corp
Attn    : Operations Department


Ref     : M/V Renata
==


Please kindly note the following further details referring the above mentioned vessel:

Loading completed            : 18.06.2008    08.30hrs
Draft survey completed       :              10.00hrs

Quantity loaded as per draft survey: 13,750.000mt

Presently issuing the cargo documents, reverting with signed documents and vessel's sailing details in due time.

Keep you posted,


Best regards,
Anca Tureac
_____
**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 723 599088, Email office@united.ro

1

From: Johnny CHRISTENSEN [Johnny.CHRISTENSEN@unishipping.com]
Sent: Wednesday, June 18, 2008 3:51 AM
To: Anca Tureac; Mail Unishipping
Subject: RENATA - URGENT/URGENT

Case 1:08-cv-00862-LTS-THK   Document 1-2   Filed 08/19/2008   Page 16 of 30

TO UNIITED SHIPPING AGENCY
FM UNISHIPPING

RE RENATA – ACCOUNT CALDER SEACARRIERS
----
STILL MISSING YOUR CONFIRMATION THAT NO REPEAT NO BILLS OF LADING WILL BE
ISSUED/RELEASED WITHOUT OUR PRIOR CONSENT.

FURTHER PLEASE CONFIRM THAT NO OUTSTANDINGS ON D/A WILL BE CLAIMED AGAINST
THE OWNERS OF THE VESSEL AND SAME WILL BE COVERED BY THE CHARTERERS
MESSRS CALDER SEACARRIERS, THANKS

BEST REGARDS/JC
AS AGENTS FOR BAJA FERRIES

**From:** Anca Tureac [anca.tureac@united.ro]
**Sent:** Wednesday, June 18, 2008 4:34 AM
**To:** Johnny CHRISTENSEN
**Cc:** 1 usa office
**Subject:** Re: RENATA - URGENT/URGENT

Dear Sirs,

Please kindly note the port D/As have already been arranged through Messrs Bristol Marine.

Regarding Bills of Lading reverting after checking with Shippers and with Messrs Calder Seacarriers / Messrs Bristol Marine.

Best regards,
Anca Tureac

---

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 723 599088, Email office@united.ro
----- Original Message -----
**From:** Johnny CHRISTENSEN
**To:** Anca Tureac ; Mail Unishipping
**Sent:** Wednesday, June 18, 2008 10:51 AM
**Subject:** RENATA - URGENT/URGENT

TO UNIITED SHIPPING AGENCY
FM UNISHIPPING

RE RENATA – ACCOUNT CALDER SEACARRIERS
---
STILL MISSING YOUR CONFIRMATION THAT NO REPEAT NO BILLS OF LADING WILL BE ISSUED/RELEASED WITHOUT OUR PRIOR CONSENT.

FURTHER PLEASE CONFIRM THAT NO OUTSTANDINGS ON D/A WILL BE CLAIMED AGAINST THE OWNERS OF THE VESSEL AND SAME WILL BE COVERED BY THE CHARTERERS MESSRS CALDER SEACARRIERS, THANKS

BEST REGARDS/JC
AS AGENTS FOR BAJA FERRIES

1

**From:** Johnny CHRISTENSEN [Johnny.CHRISTENSEN@unishipping.com]
**Sent:** Wednesday, June 18, 2008 4:41 AM
**To:** Anca Tureac
**Cc:** 1 usa office; Mail Unishipping
**Subject:** RE: RENATA - URGENT/URGENT

ANCA/JOHNNY

THANKS YOURS BELOW

RE BILLS OF LADING –
YOU ARE HEREWITH INSTRUCTED TO KEEP THE BILLS OF LADING UNDER
YOUR CUSTODY UNTIL FURTHER NOTICE FROM US. SHOULD YOU FAIL NOT
TO FOLLOW OUR ORDERS AND INSTRUCTIONS, OWNERS WILL UNFORTUNATELY
HAVE TO KEEP YOU AND YOUR OFFICE FULLY RESPONSIBLE.

PLEASE CONFIRM THAT THIS MESSAGE IS CLEAR TO YOU AND THAT YOU
WILL SUCH INSTRUCTIONS BY RETURN – THANKS

BRGDS

---

**From:** Anca Tureac [mailto:anca.tureac@united.ro]
**Sent:** Wednesday, June 18, 2008 10:34 AM
**To:** Johnny CHRISTENSEN
**Cc:** 1 usa office
**Subject:** Re: RENATA - URGENT/URGENT

Dear Sirs,

Please kindly note the port D/As have already been arranged through Messrs Bristol Marine.

Regarding Bills of Lading reverting after checking with Shippers and with Messrs Calder Seacarriers / Messrs Bristol Marine.

Best regards,
Anca Tureac

---

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 723 599088, Email office@united.ro

----- Original Message -----
**From:** Johnny CHRISTENSEN
**To:** Anca Tureac ; Mail Unishipping
**Sent:** Wednesday, June 18, 2008 10:51 AM
**Subject:** RENATA - URGENT/URGENT

TO UNIITED SHIPPING AGENCY
FM UNISHIPPING

RE RENATA – ACCOUNT CALDER SEACARRIERS

---
STILL MISSING YOUR CONFIRMATION THAT NO REPEAT NO BILLS OF LADING WILL BE

1

ISSUED/RELEASED WITHOUT OUR PRIOR CONSENT.

FURTHER PLEASE CONFIRM THAT NO OUTSTANDINGS ON D/A WILL BE CLAIMED AGAINST
THE OWNERS OF THE VESSEL AND SAME WILL BE COVERED BY THE CHARTERERS
MESSRS CALDER SEACARRIERS, THANKS

BEST REGARDS/JC
AS AGENTS FOR BAJA FERRIES

| From: | Johnny CHRISTENSEN [Johnny.CHRISTENSEN@unishipping.com] |
|---|---|
| Sent: | Wednesday, June 18, 2008 6:02 AM |
| To: | Mihai Felescu |
| Cc: | 1 usa office; Mail Unishipping |
| Subject: | RE: RENATA - URGENT/URGENT |

TO UNITED SHIPPING AGENCY
FM UNISHIPPING
CC BAJA FERRIES

ATT MIHAI FELESCU

RE MV RENATA
----
WE – AS DISPONENT OWNERS – OF THE M/V RENATA DO HAVE THE FINAL WORD AND
AGENTS MUST OBEY TO OUR ORDERS ANDOR DIRECTIONS IN RESPECT OF THE
DOCUMENTATION MADE/ISSUED.

CALDER SEACARRIERS ARE PAYING – AS PART OF OUR CONTRACT – THE D/A BUT THIS
DOES NOT MEAN THAT IT RELEASES YOU NOR YOUR COMPANY TO FOLLOW ANY
ORDERS ANDOR DIRECTIONS FROM OUR COMPANY.

CAN YOU PLEASE CONFIRM BY RETURN, THAT THE BILLS OF LADING WILL REMAIN
IN YOUR CUSTODY UNTIL FURTHER NOTICE GIVEN FROM OUR OFFICE.

FAILING SAME, WE WILL ORGANIZE THAT THE BILLS OF LADING IS BEING PICKED UP
BY A PERSON OF OUR TRUST.

IF YOU FAIL IN FOLLOWING OUR ORDERS ANDOR DIRECTIONS, WE WILL UNFORTUNATELY
HAVE TO TAKE APPROPRIATE STEPS TO PROTECT OUR INTEREST.

PLEASE CONFIRM RECEIPT OF THIS MESSAGE AND THAT YOU WILL FOLLOW OUR
INSTRUCTIONS.

BRGDS/JC
AS AGENTS FOR BAJA FERRIES

---

**From:** Mihai Felescu [mailto:mihai@united.ro]
**Sent:** Wednesday, June 18, 2008 11:18 AM
**To:** Johnny CHRISTENSEN
**Cc:** 1 usa office; Mail Unishipping
**Subject:** Re: RENATA - URGENT/URGENT

Dear Sirs,

Please kindly note we have been appointed as agents through Messrs Calder Seacarriers, consequently your instructions regarding the Bills of Lading should be addressed through your contractual party, in order to avoid missunderstandings.

Pleased to hear,

Best regards,

1

Mihai Felescu

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 722 666112, Email office@united.ro
Skype: mihai.felescu

----- Original Message -----
**From: Johnny CHRISTENSEN**
**To:** Anca Tureac
**Cc:** 1 usa office ; Mail Unishipping
**Sent:** Wednesday, June 18, 2008 11:40 AM
**Subject:** RE: RENATA - URGENT/URGENT

ANCA/JOHNNY

THANKS YOURS BELOW

RE BILLS OF LADING –
YOU ARE HEREWITH INSTRUCTED TO KEEP THE BILLS OF LADING UNDER
YOUR CUSTODY UNTIL FURTHER NOTICE FROM US. SHOULD YOU FAIL NOT
TO FOLLOW OUR ORDERS AND INSTRUCTIONS, OWNERS WILL UNFORTUNATELY
HAVE TO KEEP YOU AND YOUR OFFICE FULLY RESPONSIBLE.

PLEASE CONFIRM THAT THIS MESSAGE IS CLEAR TO YOU AND THAT YOU
WILL SUCH INSTRUCTIONS BY RETURN – THANKS

BRGDS

---

**From:** Anca Tureac [mailto:anca.tureac@united.ro]
**Sent:** Wednesday, June 18, 2008 10:34 AM
**To:** Johnny CHRISTENSEN
**Cc:** 1 usa office
**Subject:** Re: RENATA - URGENT/URGENT

Dear Sirs,

Please kindly note the port D/As have already been arranged through Messrs Bristol Marine.

Regarding Bills of Lading reverting after checking with Shippers and with Messrs Calder Seacarriers / Messrs Bristol Marine.

Best regards,
Anca Tureac

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 723 599088, Email office@united.ro
----- Original Message -----
**From: Johnny CHRISTENSEN**
**To:** Anca Tureac ; Mail Unishipping
**Sent:** Wednesday, June 18, 2008 10:51 AM
**Subject:** RENATA - URGENT/URGENT

TO UNIITED SHIPPING AGENCY
FM UNISHIPPING

RE RENATA – ACCOUNT CALDER SEACARRIERS
---
STILL MISSING YOUR CONFIRMATION THAT NO REPEAT NO BILLS OF LADING WILL BE
ISSUED/RELEASED WITHOUT OUR PRIOR CONSENT.

FURTHER PLEASE CONFIRM THAT NO OUTSTANDINGS ON D/A WILL BE CLAIMED AGAINST
THE OWNERS OF THE VESSEL AND SAME WILL BE COVERED BY THE CHARTERERS
MESSRS CALDER SEACARRIERS, THANKS

BEST REGARDS/JC
AS AGENTS FOR BAJA FERRIES

PLEASE CONFIRM RECEIPT OF THIS MESSAGE AND THAT YOU WILL FOLLOW OUR
INSTRUCTIONS.

BRGDS/JC
AS AGENTS FOR BAJA FERRIES

---

**From:** Mihai Felescu [mailto:mihai@united.ro]
**Sent:** Wednesday, June 18, 2008 11:18 AM
**To:** Johnny CHRISTENSEN
**Cc:** 1 usa office; Mail Unishipping
**Subject:** Re: RENATA - URGENT/URGENT

Dear Sirs,

Please kindly note we have been appointed as agents through Messrs Calder Seacarriers, consequently your
instructions regarding the Bills of Lading should be addressed through your contractual party, in order to avoid
missunderstandings.

Pleased to hear,

Best regards,
Mihai Felescu

---

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 722 666112, Email office@united.ro
Skype: mihai.felescu

----- Original Message -----
**From:** Johnny CHRISTENSEN
**To:** Anca Tureac
**Cc:** 1 usa office ; Mail Unishipping
**Sent:** Wednesday, June 18, 2008 11:40 AM
**Subject:** RE: RENATA - URGENT/URGENT

ANCA/JOHNNY

THANKS YOURS BELOW

RE BILLS OF LADING –
YOU ARE HEREWITH INSTRUCTED TO KEEP THE BILLS OF LADING UNDER
YOUR CUSTODY UNTIL FURTHER NOTICE FROM US. SHOULD YOU FAIL NOT
TO FOLLOW OUR ORDERS AND INSTRUCTIONS, OWNERS WILL UNFORTUNATELY
HAVE TO KEEP YOU AND YOUR OFFICE FULLY RESPONSIBLE.

PLEASE CONFIRM THAT THIS MESSAGE IS CLEAR TO YOU AND THAT YOU
WILL SUCH INSTRUCTIONS BY RETURN – THANKS

BRGDS

---

**From:** Anca Tureac [mailto:anca.tureac@united.ro]
**Sent:** Wednesday, June 18, 2008 10:34 AM
**To:** Johnny CHRISTENSEN

**Cc:** 1 usa office
**Subject:** Re: RENATA - URGENT/URGENT

Dear Sirs,

Please kindly note the port D/As have already been arranged through Messrs Bristol Marine.

Regarding Bills of Lading reverting after checking with Shippers and with Messrs Calder Seacarriers / Messrs Bristol Marine.

Best regards,
Anca Tureac

---

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 723 599088, Email office@united.ro
----- Original Message -----
**From:** Johnny CHRISTENSEN
**To:** Anca Tureac ; Mail Unishipping
**Sent:** Wednesday, June 18, 2008 10:51 AM
**Subject:** RENATA - URGENT/URGENT

TO UNIITED SHIPPING AGENCY
FM UNISHIPPING

RE RENATA – ACCOUNT CALDER SEACARRIERS
----
STILL MISSING YOUR CONFIRMATION THAT NO REPEAT NO BILLS OF LADING WILL BE ISSUED/RELEASED WITHOUT OUR PRIOR CONSENT.

FURTHER PLEASE CONFIRM THAT NO OUTSTANDINGS ON D/A WILL BE CLAIMED AGAINST THE OWNERS OF THE VESSEL AND SAME WILL BE COVERED BY THE CHARTERERS MESSRS CALDER SEACARRIERS, THANKS

BEST REGARDS/JC
AS AGENTS FOR BAJA FERRIES

AS AGENTS FOR BAJA FERRIES

---

**From:** Mihai Felescu [mailto:mihai@united.ro]
**Sent:** Wednesday, June 18, 2008 11:18 AM
**To:** Johnny CHRISTENSEN
**Cc:** 1 usa office; Mail Unishipping
**Subject:** Re: RENATA - URGENT/URGENT

Dear Sirs,

Please kindly note we have been appointed as agents through Messrs Calder Seacarriers, consequently your instructions regarding the Bills of Lading should be addressed through your contractual party, in order to avoid missunderstandings.

Pleased to hear,

Best regards,
Mihai Felescu

---

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 722 666112, Email office@united.ro
Skype: mihai.felescu

---

----- Original Message -----
**From: Johnny CHRISTENSEN**
**To:** Anca Tureac
**Cc:** 1 usa office ; Mail Unishipping
**Sent:** Wednesday, June 18, 2008 11:40 AM
**Subject:** RE: RENATA - URGENT/URGENT

ANCA/JOHNNY

THANKS YOURS BELOW

RE BILLS OF LADING –
YOU ARE HEREWITH INSTRUCTED TO KEEP THE BILLS OF LADING UNDER
YOUR CUSTODY UNTIL FURTHER NOTICE FROM US. SHOULD YOU FAIL NOT
TO FOLLOW OUR ORDERS AND INSTRUCTIONS, OWNERS WILL UNFORTUNATELY
HAVE TO KEEP YOU AND YOUR OFFICE FULLY RESPONSIBLE.

PLEASE CONFIRM THAT THIS MESSAGE IS CLEAR TO YOU AND THAT YOU
WILL SUCH INSTRUCTIONS BY RETURN – THANKS

BRGDS

---

**From:** Anca Tureac [mailto:anca.tureac@united.ro]
**Sent:** Wednesday, June 18, 2008 10:34 AM
**To:** Johnny CHRISTENSEN
**Cc:** 1 usa office
**Subject:** Re: RENATA - URGENT/URGENT

| From: | Mihai Felescu [mihai@united.ro] |
| Sent: | Wednesday, June 18, 2008 6:08 AM |
| To: | Johnny CHRISTENSEN |
| Cc: | 1 usa office; Mail Unishipping |
| Subject: | Re: RENATA - URGENT/URGENT |

Dear Sirs,

Thanks very much for your below instructions, which are duly noted and we confirm acting accordingly.

Best regards,
Mihai Felescu

---

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 722 666112, Email office@united.ro
Skype: mihai.felescu

----- Original Message -----
**From:** Johnny CHRISTENSEN
**To:** Mihai Felescu
**Cc:** 1 usa office ; Mail Unishipping
**Sent:** Wednesday, June 18, 2008 1:02 PM
**Subject:** RE: RENATA - URGENT/URGENT

TO UNITED SHIPPING AGENCY
FM UNISHIPPING
CC BAJA FERRIES

ATT MIHAI FELESCU

RE MV RENATA
----
WE – AS DISPONENT OWNERS – OF THE M/V RENATA DO HAVE THE FINAL WORD AND AGENTS MUST OBEY TO OUR ORDERS ANDOR DIRECTIONS IN RESPECT OF THE DOCUMENTATION MADE/ISSUED.

CALDER SEACARRIERS ARE PAYING – AS PART OF OUR CONTRACT – THE D/A BUT THIS DOES NOT MEAN THAT IT RELEASES YOU NOR YOUR COMPANY TO FOLLOW ANY ORDERS ANDOR DIRECTIONS FROM OUR COMPANY.

CAN YOU PLEASE CONFIRM BY RETURN, THAT THE BILLS OF LADING WILL REMAIN IN YOUR CUSTODY UNTIL FURTHER NOTICE GIVEN FROM OUR OFFICE.

FAILING SAME, WE WILL ORGANIZE THAT THE BILLS OF LADING IS BEING PICKED UP BY A PERSON OF OUR TRUST.

IF YOU FAIL IN FOLLOWING OUR ORDERS ANDOR DIRECTIONS, WE WILL UNFORTUNATELY HAVE TO TAKE APPROPRIATE STEPS TO PROTECT OUR INTEREST.

PLEASE CONFIRM RECEIPT OF THIS MESSAGE AND THAT YOU WILL FOLLOW OUR INSTRUCTIONS.

BRGDS/JC

1

Dear Sirs,

Please kindly note the port D/As have already been arranged through Messrs Bristol Marine.

Regarding Bills of Lading reverting after checking with Shippers and with Messrs Calder Seacarriers / Messrs Bristol Marine.

Best regards,
Anca Tureac

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 723 599088, Email office@united.ro
----- Original Message -----
From: Johnny CHRISTENSEN
To: Anca Tureac ; Mail Unishipping
Sent: Wednesday, June 18, 2008 10:51 AM
Subject: RENATA - URGENT/URGENT

TO UNIITED SHIPPING AGENCY
FM UNISHIPPING

RE RENATA – ACCOUNT CALDER SEACARRIERS
---
STILL MISSING YOUR CONFIRMATION THAT NO REPEAT NO BILLS OF LADING WILL BE
ISSUED/RELEASED WITHOUT OUR PRIOR CONSENT.

FURTHER PLEASE CONFIRM THAT NO OUTSTANDINGS ON D/A WILL BE CLAIMED AGAINST
THE OWNERS OF THE VESSEL AND SAME WILL BE COVERED BY THE CHARTERERS
MESSRS CALDER SEACARRIERS, THANKS

BEST REGARDS/JC
AS AGENTS FOR BAJA FERRIES

3

| | |
|---|---|
| **From:** | Mihai Felescu [mihai@united.ro] |
| **Sent:** | Friday, June 20, 2008 11:28 AM |
| **To:** | Johnny CHRISTENSEN |
| **Cc:** | 1 usa office; Mail Unishipping |
| **Subject:** | Re: RENATA - URGENT/URGENT |

Dear Sirs,

Please kindly advise if original Bills of Lading can now be released to the shippers (we understood that freight has been already paid / funds already received).

Thanks in advance your prompt reply.

Awaiting yours,

Best regards,
Mihai Felescu

---

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 722 666112, Email office@united.ro
Skype: mihai.felescu

----- Original Message -----
**From:** Johnny CHRISTENSEN
**To:** Mihai Felescu
**Cc:** 1 usa office ; Mail Unishipping
**Sent:** Wednesday, June 18, 2008 1:02 PM
**Subject:** RE: RENATA - URGENT/URGENT

TO UNITED SHIPPING AGENCY
FM UNISHIPPING
CC BAJA FERRIES

ATT MIHAI FELESCU

RE MV RENATA
----
WE – AS DISPONENT OWNERS – OF THE M/V RENATA DO HAVE THE FINAL WORD AND
AGENTS MUST OBEY TO OUR ORDERS ANDOR DIRECTIONS IN RESPECT OF THE
DOCUMENTATION MADE/ISSUED.

CALDER SEACARRIERS ARE PAYING – AS PART OF OUR CONTRACT – THE D/A BUT THIS
DOES NOT MEAN THAT IT RELEASES YOU NOR YOUR COMPANY TO FOLLOW ANY
ORDERS ANDOR DIRECTIONS FROM OUR COMPANY.

CAN YOU PLEASE CONFIRM BY RETURN, THAT THE BILLS OF LADING WILL REMAIN
IN YOUR CUSTODY UNTIL FURTHER NOTICE GIVEN FROM OUR OFFICE.

FAILING SAME, WE WILL ORGANIZE THAT THE BILLS OF LADING IS BEING PICKED UP
BY A PERSON OF OUR TRUST.

IF YOU FAIL IN FOLLOWING OUR ORDERS ANDOR DIRECTIONS, WE WILL UNFORTUNATELY
HAVE TO TAKE APPROPRIATE STEPS TO PROTECT OUR INTEREST.

BRGDS/JC
AS AGENTS FOR BAJA FERRIES

---

**From:** Johnny CHRISTENSEN
**Sent:** Monday, June 23, 2008 4:39 PM
**To:** 'Mihai Felescu'
**Cc:** '1 usa office'; Mail Unishipping; 'oruano@bajaferriesusa.com'
**Subject:** RE: RENATA - URGENT/URGENT

TO UNITED SHIPPING AGENCY
FM UNISHIPPING .
CC BAJA FERRIES

ATT MR FELESCU

RE MV RENATA/CALDER

PLEASE CONFIRM BY RETURN THAT YOU/YOUR OFFICE STILL FOLLOWING OUR
INSTRUCTIONS NOT TO RELEASE THE ORIGINAL BILL(S) OF LADING FOR THIS
VOYAGE UNTIL FURTHER NOTICE RECEIVED IN WRITING FROM OUR OFFICE.

YOUR URGENT CONFIRMATION IS NEEDED, THANKS

BEST REGARDS/JC
AS AGENTS FOR BAJA FERRIES

---

**From:** Johnny CHRISTENSEN
**Sent:** Friday, June 20, 2008 5:30 PM
**To:** 'Mihai Felescu'
**Cc:** 1 usa office; Mail Unishipping; 'oruano@bajaferriesusa.com'
**Subject:** RE: RENATA - URGENT/URGENT

TO UNITED SHIPPING AGENCY
FM UNISHIPPING
CC BAJA FERRIES

ATT MR FELESCU

THANKS YOUR BELOW MESSAGE. CAN NOT  REPEAT  CAN NOT GIVE YOU AUTHORITY
TO RELEASE BILLS OF LADING YET AS FREIGHT NOT ON OWNERS ACCOUNT.

KEEP TIGHT TO THEM AND DO ONLY RELEASE SAME UPON OUR WRITTEN CONFIRMATION
THAT SAME CAN BE RELEASED.

BRGDS

**From:**   Mihai Felescu <mihai@united.ro>
**To:**     "Johnny CHRISTENSEN" <Johnny.CHRISTENSEN@unishipping.com>
**Date:**   24-06-2008 11:33 AM
**Subject:** Re: RENATA - URGENT/URGENT
**CC:**     "1 usa office" <office@united.ro>, "Mail Unishipping" <mail@unishipping.com>,
            <oruano@bajaferriesusa.com>

Dear Sirs,

Thanks very much your below - please kindly note we have already received Disponent Owners Messrs Bristol Marine green light to release the original Bills of Lading issued under the relevant c/p to the Shippers / Charterers of bulk urea shipment, in line with the terms / conditions of the c/p - please find attached herewith the release order and our official appointment as agents.

For any further information please kindly address your correspondence through the chain of contractual parties.

Best regards,
Mihai Felescu

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 722 666112, Email office@united.ro
Skype: mihai.felescu

----- Original Message -----
**From:** Johnny CHRISTENSEN
**To:** Mihai Felescu
**Cc:** 1 usa office ; Mail Unishipping ; oruano@bajaferriesusa.com
**Sent:** Tuesday, June 24, 2008 11:31 AM
**Subject:** RE: RENATA - URGENT/URGENT

ATTN MR FELESCU

WE NEED URGENTLY YOUR CONFIRMATION OF THE BELOW

BRGDS/JC

---

**From:** Johnny CHRISTENSEN
**Sent:** Monday, June 23, 2008 6:19 PM
**To:** 'Mihai Felescu'
**Cc:** '1 usa office'; Mail Unishipping; 'oruano@bajaferriesusa.com'
**Subject:** RE: RENATA - URGENT/URGENT

ATTN MR FELESCU

PLEASE NOTE FOLLOWING OUR BELOW MESSAGE, WHILST WAITING YOUR CONFIRMATION OF YOUR ADHERING TO OUR INSTRUCTIONS – PLEASE NOTE THAT IRRESPECTIVE WHATEVER IS STATED IN RESPECT OF PAYMENT TERMS IN THE BILL(S) OF LADING DO NOT REPEAT DO NOT RELEASE WITHOUT OUR PREVIOUS WRITTEN INSTRUCTIONS.

PLEASE CONFIRM, THANKS

# EXHIBIT

# 2

file///C/Documents%20and%20Settings/ppellereau/Bureau/FW%20LgINT%20Message%20(REF080E29000).txt

De: Johnny CHRISTENSEN
Envoyé: mardi 24 juin 2008 12:54
À: Patrick PELLEREAU
Objet: FW: LgINT Message (REF:080E29000)

Importance: Haute


-----Original Message-----
From: Prime Maritime Inc. [mailto:chartering@primemaritime.gr]
Sent: Friday, June 06, 2008 4:57 PM
To: Mail Unishipping
Subject: LgINT Message (REF:080E29000)
Importance: High


TELiX MSG: 0E290-00 06/06/08 17:57


PRIME  MARITIME  INC. - PIRAEUS

TEL:+30-2104527001, +30-2112002300 FAX: +30-2104527006
TLX: 212791/2 PRIM GR - HOMEPAGE:www.primemaritime.com


JOHNNY/GEORGE

RE RENATA - CALDER
--


Have fixed clean with all subs lifted:

M/V RENATA  (EX - RUNNER)
---
T Y P E   : MPPSE TWEEN CONTAINER VSL
BUILT     : 1979
FLAG      : BAHAMAS
PORT OF REG : NASSAU
CLASS     : L.R. +100 A1  + LMC
CALL SIGN : C 6 H W 5
P + I CLUB : LONDON STEAMSHIP MUTUAL

LOA / BEAM   : 149.80 M  / 22.86 M
S.DWT / DRAFT : 15,120 MT / 9.64 M
GRN / BLE   : 21,908.9 / 20,146.3 CBM
GRT / NRT   : 11,200 / 6,713

file:///C|/Documents%20and%20Settings/ppellereau/Bureau/FW%20LgINT%20Message%20(REF080E29000).txt (1 sur 7)24/06/2008 15:01:54

HO / HA    : 4 / 7 (3 TWEEN HA - 1 SINGLE HA)
MCGREGOR HATCH COVERS FOLDING FLUSH TYPE - HYDRO DRIVEN CONSTANTS :
300 MT (EXCL F.W.)

GEAR : 6 VELLE SHIPSHAPE DERRICKS WITH 6 MTRS OUTREACH
    HOLD NO.1: 1 D X 35 MT
    HOLD NO.2: 2 D X 35 MT / COMBINED 60 MT
    HOLD NO.3: 2 D X 50 MT / COMBINED 90 MT
    HOLD NO.4: 1 D X 35 MT

GRAIN / CO2 / ELECTR.VENT.FITTED (12 ACPH BSS EMPTY HOLDS)

HATCHES & TWEEN DECKS DIMENSIONS
---

        WEATHER DECK HATCHES  TWEEN DECK HATCHES HOLD NO.1 SNGLE
HATCH  SINGLE 13.30 X 8.0 M  SINGLE 9.10 X 8.0 M HOLD NO.2 TWEEN HATCH  EACH
25.50 X 8.0 M  EACH  25.50 X 8.0 M HOLD NO.3 TWEEN HATCH  EACH  25.50 X 8.0 M
EACH  25.50 X 8.0 M HOLD NO.4 TWEEN HATCH  EACH  12.75 X 8.0 M  EACH  12.75 X 8.0
M

NOMINAL CONTAINER CAPACITY : 597 TEUS
HOMOGEN CONTAINER CAPACITY : 440 TEUS @ 14 MT (SUB STABILITY)
REEFER PLUGS (FEMALE)    : 50 (380 V  AC 3 PHASE  60 HZ)

STRENGTHS
---

TANKTOP ALL HOLDS      : 10.26 MT/M2
TWEEN DECKS ALL HOLDS   : 3.00 MT/M2
MAIN DECK + HATCH COVERS : 1.75 MT/M2

CUBIC BREAKDOWN
---

         GRAIN    BALE
NO.1 TWN DECK    1,198.0  1,053.7
  LWR HOLD    1,271.2  1,074.3
  T O T A L  2,469.2  2,128.0

NO.2 TWN DECK    2,981.2  2,786.5
  LWR HOLD    4,811.1  4,365.4
  T O T A L  7,792.3  7,151.9

NO.3 TWN DECK    3,001.8  2,815.2
  LWR HOLD    4,857.8  4,541.0
  T O T A L  7,859.6  7,356.2

NO.4 TWN DECK    1,519.4  1,425.5

file:///C|/Documents%20and%20Settings/ppellereau/Bureau/FW%20L gINT%20Message%20(REF080E29000).txt

```
LWR HOLD    2,268.4  2,084.7
T O T A L  3,787.8  3,510.2
---------------------------------
GRAND TOTAL 21,908.9 20,146.3
```

ALL DETS ABT/WOG

for

01. ACC CALDER SEACARRIER CORP.

02. 1 SP BSEA/EMED out of bourgas,ctza, varna

03. 1 SP EAFR (NOT SOUTH THAN NACALA) out of mombasa,dar es salaam

04. 1/2 SB(S) S.A., AAAA AT EACH PORT, SHIFTING EXP CHRS ACC, TIME TO COUNT AS LAYTIME.

05. UP TO FULL AND COMPLETE CGO OF LAWFULL =NON DANGEROUS/NO IMO RESP IMDG
    CODE= MINS/BLK FERTS/STEELS.
    OWS GUARANTEE 14.000 MTONS DWCC AND CBC CAPACITY OF =ABOUT=
    21,908.9/20,146.3 CBM GRAIN/BALE IN HOLDS SUITABLE FOR GRABS DISCHARGE,
    =AS FAR AS VESSEL'S DESCRIPTION AND PLANS ALLOWING=

06. LAYCAN 9/12 JUNE

07. 8 TTL WWDS OF 24 CONSEC HRS SA-SHEX EIU. AT BE TIME FM FRI 5 PM OR 5 PM
    PREHOLIDAY TILL 8 AM MON OR 8 AM NEXT W.D.
    NOT TO COUNT AS LAYTIME E.I.U.

08. GCN 2PM/8 AM CL TO APPLY.

09. FREIGHT USD 1,500,000
    FREIGHT AS ABOVE LUMPSUM L-S-D FREE OF ALL ORDINARY PORTS DISBURSEMENT
    AT BOTH ENDS.
    FRT PAYABLE 97 PCT, LESS ADC N BROKERAGE, W/I 3 EUROPEAN BNKNG DS FM
    COMPL OF LDNG S/R =CONGEN= B/LS MRKD 'FRT PAYABLE AS X C/P'.
    DESPATCH TO BE SETTLED W/I 10 DAYS AFTER COMPLETION DISCH AND
    RCPT OF OWS FINAL FREIGHT ACC, SOF T/S AND NOR OF ALL PORTS.
    IN CASE FRT PPD BS/L REQUIRED SAME TO REMAIN UNDER THE AGENTS CUSTODY
    AND TO BE RELEASED ON RECEIPT OF THE FRT INTO OWS BANK .

10. DEMURRAGE USD 17.500 PDPR/HDWTSBE payable every 5 days in arreas

11. ANY TAXES/DUES/WHARFAGES ON CGO/FRT TO BE FOR CHRTS ACC.

12. FREE EXTRA INSURANCE OWING TO VSLS AGE.

13. RIVER TOLLS/COMPULSORY PILOTS, PERTINENT TO ACCESS-DEPARTURE LOAD/
DISP TO BE FOR CHRS ACC, THOSE PERTINENT TO NAVIGATION (FOR EXAMPLE
BOSPHOROUS-DARDANELS-SUEZ CANAL) TO BE FOR OWS ACC.

14. CHABE (FREE D/A B.E.) =BUT AGENTS BOTH ENDS TO CONFIRM THAT THEY

    HAVE BEEN PAID BEFORE VESSEL'S ARRIVAL AT THE PORT DIRECTLY TO

    OWNERS. ANY TIME LOST HOWSOEVER/WHATSOEVER DUE TO CHARTERERS

    FAILURE IN DOING SO, TO COUNT AS LAYTIME=

15. O/WISE AS PER CHRTS PROFORMA GENCON C/P SUB DETS
SUB ALL FURTHER TERMS/DETS/CONDITIONS with 2,50 PCT ADC TO
CHARTERERS plus 1,25 pct BROKERAGE PLUS 1.25 ON F/D/D TO PRIME MARITIME

OWNERS ACCEPT/EXCEPT C/P <ABEER S> WITH LOGICAL ALTERATIONS/DELETIONS/

AMENDMENTS AND INCORPORATING THE MAINTERMS AGREEMENT AND FLWG

-PART I

BOX 12 = DELETE AND INSERT AS PER M/TERMS

BOX 15 = DELETE AND INSERT VSL'S GEAR

-PRINTED CLAUSES

LINES 8-10 TO BE REINSTATED

LINES 13-14 TO BE REINSTATED

LINES 57-59 TO BE REINSTATED

LINES 132-136 TO BE REINSTATED

LINES 141-153 TO BE REINSTATED

file:///C|/Documents%20and%20Settings/ppellereau/Bureau/FW%20LgINT%20Message%20(REF080E29000).txt

LINES 155-156 TO BE REINSTATED (WE HAVE CONGEN BILLS)

LINES 217-242 TO BE REINSTATED (OTHERWISE CLAUSE MAKES NO SENSE)


-WRITTEN CLAUSES

CL 20 = DELETE (SEE LINES 132-136)

CL 21 = TO BE AMENDED AS PER M/TERMS AGREEMENT

CL 22 = TO BE AMENDED AS PER M/TERMS AGREEMENT

DELETE FROM 12TH LINE UPTO/INCL 18TH LINE

LINE 21 AFTER 'RECEIVERS REPS' ADD 'IF POSSIBLE'

CL 23 = TO READ : UPON TENDERING NOR THE VSL'S HOLDS TO BE IN SEATIGHT, CLEAN AND DRY,

FREE OF SMELL TO SHIPPERS SATISFACTION AND IN EVERY RESPECT READY TO LOAD

THE INTENDED CARGO. IF SHIPPERS SURVEYOR REJECTS THE HOLDS, THEN TIME TO STOP

COUNTING FROM SUCH MOMENT UNTIL VESSEL IS ACCEPTED. IN CASE OF DISPUTE THEN AN

INDEPENDENT SURVEYOR TO BE APPOINTED AND COSTS TO BE SHARED BETWEEN CHRS

AND OWNERS. HOSE TEST ON VSL'S HATCHCOVERS TO BE CARRIED OUT IF REQUESTED

BY SHIPPERS AND SAME TO BE FOR CHRS ACCNT AND TIME TO COUNT.

VSL IS SUITABLE FOR GRABS DISCHARGE, AS FAR AS VESSEL'S DESCRIPTION AND PLANS

ALLOWING (SEE ATTACHED GA PLAN/MIDSHIP SECTION/HOLDS-HATCH SKETCHES)

CL 25 = DELETE IN FULL AND INSERT "MASTER TO SIGN BILLS OF LADING IN STRICT

file://C/Documents%20and%20Settings/ppellereau/Bureau/FW%20LgINT%20Message%20(REF080E29000).txt

ACCORDANCE

WITH MATES RECEIPT. IN CASE CHARTERERS NEED -CLEAN- BILLS OF LADING, MASTER

HAS THE RIGHT TO REJECT ANY CARGO FOR WHICH HE CANNOT SIGN -CLEAN- BSL AND

CHARTERERS TO PROVIDE NEW/SOUND CARGO INSTEAD

CL 27 = DELETE FIRST LINE

ADD AT END 'BUT CHRTRS TO REMAIN ULTIMATE RESPONSIBLE IN CASE OWNERS CANNOT

OBTAIN SETTLEMENT WITH STEVEDORES"

CL 28 = ADD AT END "BUT CHARTERERS TO PROVIDE SUFFICIENT SEALING MATERIAL IN THEIR TIME

AND EXPENSE"

CL 30 = OWS GUARANTEE 14.000 MTONS DWCC AND CBC CAPACITY OF =ABOUT=

21,908.9/20,146.3 CBM GRAIN/BALE IN HOLDS. ANY LASHING/SECURING ETC ETC ETC

CL 34 = DAILY NOTICES FOR LOADING, VESSEL'S ETC VARNA ON OR ABT 10TH JUNE

CL 35 = DELETE AND READ 'ALL DUNNAGE TO BE REMOVED BY CHARTERERS PRIOR COMPLETION

OF DISCHARGE'

CL 40 = DELETE

CL 41 = PLSE ADVSE CHARTERERS P+I CLUB

CL 47 = ADD AT END 'FOR DISPUTES WHERE THE TOTAL AMOUNT CLAIMED BY EITHER PARTY DOES NOT

EXCEED USD75.000 THE ARBITRATION SHALL BE CONDUCTED IN ACCORDANCE TO THE SMALL

CLAIM PROCEDURE OF LMAA

CL 49 = DELETE

END


BRGRDS

Plse note our new e-mail addresses:

chartering@primemaritime.gr        for all your ORDERS
position@primemaritime.gr        for all your vessels POSITIONS
operation@primemaritime.gr        for POST FIXING/OPERATION matters
snp@primemaritime.gr        for S&P Department

<table>
<tr><td>1. Shipbroker</td><td colspan="2">RECOMMENDED<br>THE BALTIC AND INTERNATIONAL MARITIME COUNCIL<br>UNIFORM GENERAL CHARTER (AS REVISED 1922, 1976 AND 1994)<br>(To be used for trades for which no specially approved form is in force)<br>CODE NAME "GENCON"<br>Part I</td></tr>
<tr><td></td><td colspan="2">2. Place and date</td></tr>
<tr><td>3. Owners/Place of business (Cl. 1)</td><td colspan="2">4. Charterers/Place of business (Cl. 1)<br><br>Calder Seacarrier Corp.</td></tr>
<tr><td>5. Vessel's name (Cl. 1)<br><br>MV ABEER S<br>7. DWT all told on summer load line in metric (abt.) (Cl. 1)<br><br>11455 MTS</td><td colspan="2">6. GT/NT (Cl. 1)<br><br>9691/5477<br>8. Present position (Cl. 1)<br><br>TRADING</td></tr>
<tr><td>9. Expected ready to load (abt.) (Cl. 1)</td><td colspan="2"></td></tr>
<tr><td>10. Loading port or place (Cl. 1)<br>1/3 SDS IN CHOP, BLACK SEA/EMED IN LOGIC<br>GEO ROT.</td><td colspan="2">11. Discharging port of place (Cl. 1)<br>1/3 SDS IN CHOP<br>SPORE/JAPAN RGE</td></tr>
<tr><td colspan="3">12. Cargo (also state quantity and margin in owners' option, if agreed; if full and complete cargo not state "part cargo") (Cl. 1)<br>UP TO FULL AND COMPLETE CGO OF LAWFULL GENS/MINS INCL FERROALLOYS/STEELS, LOOSE,<br>BULK, BAGGED, CRATED ETC. OWS GUARANTEE 10.500 MTONS DWCC AND CBC CAPACITY OF<br>18035/17027 CBM GRAIN/BALE IN CLEAR UNOBSTRUCTED HOLDS<br>SUITABLE FOR GRABS DISCHARGE. DECK CARGO AT CHRTS OPTION.</td></tr>
<tr><td>13. Freight rate (also state whether freight prepaid or payable on delivery) (Cl. 4)<br>LUMPSUM FIOS L/S/D free of all ordinary port<br>disbursements at both ends except for expenses pertaining to<br>the crew and vessel such as suplies, provisions medical services<br>and garbage removal etc. which must be paid by the owners.</td><td colspan="2">14. Freight payment (state currency and method of payment; also beneficiary and bank account) (Cl. 4)<br><br>See Cl. 21</td></tr>
<tr><td>15. State if vessel's cargo handling gear shall be used (Cl. 5)<br>The vessel is to be sufficiently geared.</td><td colspan="2">16. Laytime (if separate laytime for load. and disch. is agreed, fill in a) and b). If total laytime for load. and disch., fill in c) only) (Cl. 6)</td></tr>
<tr><td>17. Shippers/Place of business (Cl. 6)<br>To be nominated.</td><td colspan="2">a) Laytime for loading</td></tr>
<tr><td>18. Agents (loading) (Cl. 6)<br>To be nominated.</td><td colspan="2">b) Laytime for discharging</td></tr>
<tr><td>19. Agents (discharging) (Cl. 6)<br>To be nominated.</td><td colspan="2">c) Total laytime for loading and discharging<br>See Cl. 22</td></tr>
<tr><td>20. Demurrage rate and manner payable (loading and discharging) (Cl. 7)<br><br>See Cl. 22</td><td colspan="2">21. Cancelling date (Cl. 9)<br>22. General Average to be adjusted at (Cl. 12)<br>LONDON</td></tr>
<tr><td>23. Freight Tax (state if for the Owners' account) (Cl. 3 (c))</td><td colspan="2">24. Brokerage commission and to whom payable (Cl. 15)</td></tr>
<tr><td>25. Law and Arbitration (state 19 (a), 19 (b) or 19 (c) of Cl. 19; if 19 (c) agreed also state Place of Arbitration) (if not filled in 19 (a) shall apply) (Cl. 19)<br><br>See Cl. 47</td><td colspan="2"></td></tr>
<tr><td>(a) State maximum amount for small claims/shortened arbitration (Cl. 19)</td><td colspan="2">26. Additional clauses covering special provisions, if agreed<br>Total: 33</td></tr>
</table>

Copyright, published by the Baltic and International Maritime Council (BIMCO), Copenhagen

It is mutually agreed that this Contract shall be performed subject to the conditions contained in this Charter Party which shall include Part I as well as part II. In the event of a conflict of conditions, the provisions of Part I shall prevail over those of Part II to the extent of such conflict.

1. It is agreed between the party mentioned in Box 3 as the Owners of the Vessel named in Box 5, of the GT/NT indicated in Box 6 and carrying about the number of metric tons of deadweight capacity all told on summer loadline stated in Box 7, now in position as stated in Box 8 expected ready to load under this Charter Party about the date indicated in Box 9, and the party mentioned as the Charterers in Box 4 that:
The said Vessel shall, as soon as her prior commitments have been completed, proceed to the loading port(s) or place(s) stated in Box 10 ~~or so near thereto as she may safely get and lie always afloat, and there load a full and complete cargo (if shipment of deck cargo agreed same to be at the Charterers' risk and responsibility) as stated in Box 12,~~ which the Charterers bind themselves to ship, and being so loaded the Vessel shall proceed to the discharging port(s) or place(s) stated in Box 11 as ordered on signing Bills of Lading, ~~or so near thereto as she may safely get and lie always afloat, and there deliver the cargo.~~

2. Owners' Responsibility Clause (See also Cl. 30)
The Owners are to be responsible for loss of or damage to the goods or for delay in delivery of the goods only in case the loss, damage or delay has been caused by personal want of due diligence on the part of the Owners or their Manager to make the Vessel in all respects seaworthy and to secure that she is properly manned, equipped and supplied, or by the personal act or default of the Owners or their Manager.
And the Owners are not responsible for loss, damage or delay arising from any other cause whatsoever, even from the neglect or default of the Master or crew or some other person employed by the Owners on board or ashore for whose acts they would, but for this Clause, be responsible, or from unseaworthiness of the Vessel on loading or commencement of the voyage or at any time whatsoever.

3. Deviation Clause
The Vessel has liberty to call at any port or ports in any order, for any purpose, to sail without pilots, to tow and/or assist Vessels in all situations, and also to deviate for the purpose of saving life and/or property.

4. Payment of Freight (See Cl. 31)
~~(a) The freight at the rate stated in Box 13 shall be paid in cash calculated on the intaken quantity of cargo.~~
~~(b) Prepaid. If according to Box 13 freight is to be paid on shipment, it shall be deemed earned and non-returnable, Vessel and/or cargo lost or not lost. Neither the Owners nor their agents shall be required to sign or endorse bills of lading showing freight prepaid unless the freight due to the Owners has~~ actually been paid.
~~(c) On delivery. If according to Box 13 freight, or part thereof, is payable at destination it shall not be deemed earned until the cargo is thus delivered. Notwithstanding the provisions under (a), if freight or part thereof is payable on delivery of the cargo the Charterers shall have the option of paying the freight on delivered weight/quantity provided such option is declared before breaking bulk and the weight/quantity can be ascertained by official weighing machine, joint draft survey or tally.~~
~~Cash for Vessel's ordinary disbursements at the port of loading to be advanced by the Charterers, if required, at highest current rate of exchange, subject to two (2) per cent to cover insurance and other expenses.~~

5. Loading/Discharging (See also Cl. 23)
(a) Costs / Risks
The cargo shall be brought into the holds, loaded, stowed and/or trimmed, tallied, lashed and/or secured and taken from the holds and discharged by the Charterers, free of any risk, liability and expense whatsoever to the Owners. The Charterers shall provide and lay all dunnage material as required for the proper stowage and protection of the cargo on board, the Owners allowing the use of all dunnage available on board. ~~The Charterers shall be responsible for~~ and pay the cost of removing their dunnage ~~after discharge of the cargo under this Charter Party and time to count~~ until dunnage has been removed.
(b) Cargo Handling Gear
Unless the Vessel is gearless or unless it has been agreed between the parties that the Vessel's gear shall not be used and stated as such in Box 15, the Owners shall throughout the duration of loading/discharging give free use of the Vessel's cargo handling gear and of sufficient motive power to operate all such cargo handling gear. All such equipment to be in good working order. Unless caused by negligence of the stevedores, time lost by breakdown of the Vessel's cargo handling gear or motive power - pro rata the total number of cranes/winches required at that time for the loading/discharging of cargo under this Charter Party - shall not count as laytime or time on demurrage.
On request the Owners shall provide free of charge cranemen/winchmen from the crew to operate the Vessel's cargo handling gear, unless local regulations prohibit this, in which latter event shore labourers shall be for the account of the Charterers. Cranemen/winchmen shall be under the Charterers' risk and responsibility and as stevedores to be deemed as their servants but shall always work under the supervision of the Master.
(c) Stevedore Damage (See Cl. 27)
~~The Charterers shall be responsible for damage (beyond ordinary wear and tear) to any part of the Vessel caused by Stevedores. Such damage shall be notified as soon as reasonably possible by the Master to the Charterers or their agents and to their Stevedores, failing which the Charterers shall not be held responsible. The Master shall endeavour to obtain the Stevedores' written acknowledgement of liability.~~
~~The Charterers are obliged to repair any stevedore damage prior to completion of the voyage, but must repair stevedore damage affecting the Vessel's seaworthiness or class before the Vessel sails from the port where such damage was caused or found. All additional expenses incurred shall be for the account~~ of the Charterers ~~and any time lost shall be for the account of and shall be paid to the Owners by the Charterers at the demurrage rate.~~

6. Laytime (See Cl. 22)
~~(a) Separate laytime for loading and discharging~~
~~The cargo shall be loaded within the number of running days/hours as indicated in Box 16, weather permitting, Sundays and holidays excepted, unless used, in which event time used shall count.~~
~~The cargo shall be discharged within the number of running days/hours as indicated in Box 16, weather permitting, Sundays and holidays excepted, unless used, in which event time used shall count.~~
~~(b) Total laytime for loading and discharging~~
~~The cargo shall be loaded and discharged within the number of total running days/hours as indicated in Box 16, weather permitting, Sundays and holidays excepted, unless used, in which event time used shall count.~~
~~(c) Commencement of laytime (loading and discharging)~~
~~Laytime for loading and discharging shall commence at 13.00 hours, if notice of readiness is given up to and including 12.00 hours, and at 06.00 hours next working day if notice given during office hours after 12.00 hours. Notice of readiness at loading port to be given to the Shippers named in Box 17 or if not named, to the Charterers or their agents named in Box 18. Notice of readiness at the discharging port to be given to the Receivers or, if not known, to the Charterers or their agents named in Box 19.~~
~~If the loading/discharging berth is not available on the Vessel's arrival at or off the port of loading/discharging, the Vessel shall be entitled to give notice of readiness within ordinary office hours on arrival there, whether in free pratique or not, whether customs cleared or not.~~ Laytime or time on demurrage ~~shall then count as if she were in berth and in all respects ready for loading/discharging provided that the Master warrants that she is in fact ready in all respects. Time used in moving from the place of waiting to the loading/discharging berth shall not count as laytime.~~
~~If, after inspection, the Vessel is found not to be ready in all respects to load/discharge time lost after the discovery thereof until the Vessel is again ready to load/discharge shall not count as laytime.~~
~~Time used before commencement of laytime shall count.~~
~~Indicate alternative (a) or (b) as agreed, in Box 16.~~

7. Demurrage (See Cl. 22)
~~Demurrage at the loading and discharging port is payable by the Charterers at the rate stated in Box 20 in the manner stated in Box 20 per day or pro rata for any part of a day. Demurrage shall fall due day by day and shall be payable upon receipt of the Owners' invoice.~~
~~In the event the demurrage is not paid in accordance with the above, the Owners shall give the Charterers 96 running hours written notice to rectify the failure. If the demurrage is not paid at the expiration of this time limit and if the vessel is in or at the loading port, the Owners are entitled at any time to terminate the Charter Party and claim damages for any losses caused thereby.~~

8. Lien Clause (See Cl. 20)
~~The Owners shall have a lien on the cargo and on all sub-freights payable in respect of the cargo, for freight, deadfreight, demurrage, claims for damages and for all other amounts due under this Charter Party including costs of recovering same.~~

9. Cancelling Clause
(a) Should the Vessel not be ready to load (whether in berth or not) on the cancelling date indicated in Box 21, the Charterers shall have the option of cancelling this Charter Party.
~~(b) Should the Owners anticipate that, despite the exercise of due diligence, the Vessel will not be ready to load by the cancelling date, they shall notify the Charterers thereof without delay stating the expected date of the Vessel's readiness to load and asking whether the Charterers will exercise their option of cancelling the Charter Party, or agree to a new cancelling date.~~
~~Such option must be declared by the Charterers within 48 running hours after the receipt of the Owners' notice. If the Charterers do not exercise their option of cancelling, then this Charter Party shall be deemed to be amended such that the seventh day after the new readiness date stated in the Owners' notification to the Charterers shall be the new cancelling date.~~
~~The provisions of sub-clause (b) of this Clause shall operate only once, and in case of the Vessel's further delay, the Charterers shall have the option of~~ cancelling the Charter Party ~~as per sub-clause (a) of this Clause.~~

10. Bills of Lading (See also Cl. 26)
Bills of Lading shall be presented and signed by the Master ~~as per the "Congenbill" Bill of Lading form, Edition 1994,~~ without prejudice to this Charter Party, or by the Owners' agents provided written authority has been given by Owners to the agents, a copy of which is to be furnished to the Charterers. The Charterers shall indemnify the Owners against all consequences or liabilities that may arise from the signing of bills of lading as presented to the extent that the terms or contents of such bills of lading impose or result in the imposition of more onerous liabilities upon the Owners than those assumed by the Owners under this Charter Party.

11. Both-to-Blame Collision Clause
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Owners in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnify the Owners against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Owners. The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

12. General Average and New Jason Clause
General Average shall be adjusted in London unless otherwise agreed in Box 22 according to York-Antwerp Rules 1994 and any subsequent modification thereof. Proprietors of cargo to pay the cargo's share in the general expenses even if same have been necessitated through neglect or default of the Owners' servants (see Clause 2).
If General Average is to be adjusted in accordance with the law and practice of the United States of America, the following Clause shall apply: "In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Owners are not responsible, by statute, contract or otherwise, the cargo shippers, consignees or the owners of the cargo shall contribute with the Owners in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Owners, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Owners, or their agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Owners before delivery."

13. Taxes and Dues Clause (See Cl. 33)
~~(a)~~ On Vessel - ~~The Owners shall pay all dues, charges and taxes customarily levied on the Vessel, howsoever the amount thereof may be assessed.~~
~~(b) On cargo - The Charterers shall pay all dues, charges, duties and taxes customarily levied on the cargo, howsoever the amount thereof may be assessed.~~
~~(c) On freight - Unless otherwise agreed in Box 23, taxes levied on the freight shall be for the Charterers' account.~~

## *ADDITIONAL CLAUSES*

### Clause 20: LIEN

Owners shall have a lien on the cargo for freight, deadfreight, and demurrage at loading and discharging ports. Any lien on cargo shall be limited to the outstanding freight, deadfreight and demurrage at loading and discharging ports. All liability of charterers of whatsoever nature and whatsoever arising shall cease on shipment of the cargo and after payment of freight/ deadfreight.

### Clause 21: FREIGHT PAYMENT

Freight payable 95pct within 5 European banking days from completion of loading, signing and releasing Bills of Lading marked "FREIGHT PAYABLE AS PER C/P" at each load port proportionally for the quantity loaded at that port. In case of "FREIGHT PRE-PAID" Bills of Lading required same to be released.

only upon receipt of bank slip or bank irrevocable confirmation that freight has been remitted.

5% of balance freight to be paid/settled along with demurrage/dispatch after completion of discharge at last discharge port , right and true delivery of cargo and receipt and acceptance of Owners' final freight account, S/F, T/S NOR of all ports latest within 20 days.

### Clause 22: LAYTIME

Cargo to be loaded, spout trimmed, blocked, stowed, checked, dunnaged, lashed and secured where necessary, and discharged by Charterers, Shippers, Receivers, Stevedores, free of expenses to the vessel.

Cargo to be loaded and discharged within 8 total weather working days of 24 consecutive hours, Saturdays, Sundays and Holidays excluded, even if used; at both ends time from Friday 5 p.m. or 5 p.m. of a day preceding a Holiday till 08.00 a.m. Monday or 08.00 a.m. of next working day after Holiday, not to count as laytime even if used.-

Demurrage at loading and discharging ports at the rate of US$          -per day/pro-rata for part of day. Dispatch at half of demurrage rate per working time saved at both ends.

At first load port and at first discharge port, Gencon Charter Party time counting clause (2pm/8am) to apply and Notice of Readiness can be given by cable, radio, telex, fax day during normal working hours..and night from Monday to Friday 5 p.m., Sundays and Holidays excluded, WIBON, WIPON.

At all additional load/discharge ports, time to commence to count immediately upon vessel's arrival, if during ordinary working hours, otherwise from first official resumption of work after arrival (unless vessel on demurrage in which case time counting immediately on arrival) .

Time due to bad weather, time for shifting out and back to same or other berth, and time for shift to move from anchorage to berth, and break time due to force majeure not to count if it is ordered by port Authorities, but in any case shifting expenses to be for Charterers's account.

Charterers, Shippers, Receivers shall have the right to work during expected periods and Master to allow work to be done.

Master/shippers/receivers representatives/Agents to sign/stamp Statement of Facts for load/discharge ports making their reservation if believe to be incorrect.

Master,/Agents also to issue and sign statement that cargo stowed, trimmed, lashed and secured to his satisfaction and in accordance with master's instructions.

### Clause 23: HOLDS CONDITION

Before commencement of loading, the vessel's holds to be in seatight, absolutely clean and dry, washed and free of smell and obstacles to Shippers' satisfaction, and in every respect suitable, fit and ready to load the cargo, failing of which Notice of Readiness will not be accepted for commencement of time counting and owners shall be responsible for possible stand by expenses of stevedores arising therefrom. (or in the event of dispute, to the satisfaction of an independent qualified Surveyor, whose cost shall be shared between Owners and Shippers.) Host test on vessel's hatchcovers to be carried out if requested by shippers and same to be for charterers expense.

Owners confirm that holds are suitable grab discharge/clear and unobstructed with flat tank top plating.

**Clause 24: HATCH OPENING**
First opening and last closing of hatches, both at loading and discharging ports, to be done by ship's crew and in Charterers' time, provided permitted to local Port Authorities, otherwise for Charterers' account.

**Clause 25: BILLS OF LADING**
Master to sign Clean On Board Bills of Lading for the number and/or pieces and/or units whatever the case may be loaded, in conformity with Mate and/or Tally clerk receipt and he is to remain responsible for the number of same, sub to vessel's strength, without prejudice to this Charter Party.

For Master's remarks on the Mate's receipt such as atmospherically rusty and/or "wet before shipment" and/or "broken bands" and/or "missing bend" Charterers to provide L.O.I. duly endorsed by Charterers in accordance with Owner's P & I Club wording against signing of Clean On Board Bills of Lading.
Master's remarks if any at mates receipts must be specific showing exact figures. General remarks are not allowed.
At any time Charterers desire Master to sign Bills of Lading as above for any quantity loaded up to that moment, and Charterers hold Owners harmless against such partial release.
Not withstanding the above, at charterers option, Master to authorize in writing the charterers agents to sign on his behalf the Bills of Lading.
Charterers have the right to issue new set of Bills of Lading with amended destination and/or consignee address and/or notify party address and/or shippers and such Bills of Lading to be released immediately upon receipt by the owners of the old original set of Bills of Lading marked "null and void".

**Clause 26: CARGO DAMAGE REPORT**
Any damage notice of cargo to be reported immediately by ships Command to Shippers representative. Any objection by the Master regarding the condition of the cargo are to be reported immediately to Shippers representative at the end of each shift and any dispute to be settled between P & I Club representative and Charterers' Surveyor at their expenses and time.

**Clause 27: FORKLIFT USED AND STEVEDORES DAMAGE**
Vessel is as described in Cl.51. Cargo is to be loaded in unobstructed main hold/tweendeck only.
Charterers have the privilege to load, stow, trim and discharge the cargo on tank top ceiling and in cargo holds by means of forklift trucks provided or rubber wheels with the maximum permissible weight and or any other suitable mechanical apparatus. Owners guarantee that vessel's tank top ceiling and all decks are in an absolute good condition.
Stevedores, although appointed and paid by Charterers/Shippers/Receivers to work under the supervision of the Master.
Owners/Master to notify stevedores/agents about stevedore damages if any within 24 hours from the time of occurrence but in any case before vessels sailing. Stevedore damages to be settled directly between owners and stevedores but charterers to assist utmost possible in order to find an amicable agreement/solution.

**Clause 28: SEAL OF HATCHES**
It is Owner's/Master's responsibility to ensure that the vessel's hatches are properly closed/sealed on sailing from each load/discharging port.

**Clause 29: VESSEL'S GEAR USE**
Vessel to load/discharge, if required, with her own gear and at safe lifting capacity. However, the vessel shall always give free use of winches and derricks up to their lifting capacity as described in Cl.51 and to supply running gear, gins, blocks, fall and runners and also to supply free of charges sufficient steam and/or power to drive all winches simultaneously, day and night if and when required. Lashing materials as on board if required to be at charterers disposal free of charge.
Any time lost by reason of vessel's defective gear shall be adjusted in laytime on a pro-rata basis
Owners will provide shore crane if required due to defective gear then full laytime to count and in this case owners will not be responsible for other related expenses except owners approved crane charges.

Vessel to supply, free of expenses, light on deck and in holds as on board, day and night, also on Saturday or legal/local Holidays, if and when required.

## Clause 30: SCALES & PLANS

Owners guarantee 10.500 mts DWCC SUMMER and bale capacity as per vessel's description in clear unobstructed holds.

Any lashing/securing required to be for Charterers/Shippers' account. Vessel to furnish a certified calibration scale for all tanks including fore peak and after peak, double bottom tanks and deeptanks. Plimsol Mark amidships and draft marks on port and starboard side, bow and stern, to be clearly cut and marked on shell and painted.

Vessel also to furnish capacity plan, displacement scale and same to be certified by Master as to correctness at time of loading.

## Clause 31:

Owners/Master to keep charterers fully informed of any change in ship's position and reason prior or during loading/discharging or during the voyage. Owners to be responsible for all consequences and damages of whatsoever nature and howsoever arising in the event of owners or master's failure to keep charterers fully informed of any change in ship's position. Owners to advise whether they intend to bunker prior/after arrival to loading load port or during the voyage after sailing from last load port, the deviation if any, as well as to keep charterers fully informed on a daily basis about the delay/reason of causing the delays or repairs to be with full report and estimate time of resume sailing.

## Clause 32: OVERTIME

Overtime to be for account of the party ordering same. Officers/crew overtime to be always at owners account.

## Clause 33: TAXES/EXTRA INSURANCE

Any taxes/dues/wharfages on cargo to be for Charterers' account and any taxes/dues/wharfages on vessel and freight to be for Charterers' account too.

Free extra insurance owing to vessel's age.

River tolls/compulsory pilots pertinent to access-departure load/discharge ports to be for Charterers' account, those pertinent to navigation (for example Bosphorus-Dardanels-Suez-Panama) to be for Owners' account.

Charterers agents at both ends.

## Clause 34: NOTICES

Owners are to give first notice of vessel's arrival at load port when fixture is reconfirmed, thereafter Owners/Master to give 10/7/5 days approximately notice followed by 2/1 days definite notice of vessel's ETA at load port, which notices are all to be given to: (as will be advised by Charterers). All notices to be given during office hours on working day only. Master must advise Charterers or their nominee immediately of any change of vessel's ETA at loading and discharging ports.

Master/Owners or Agents to cable Charterers immediately upon completion of loading stating date and time of completion, sailing time and Bills of Lading quantity, cargo commodity, sailing draft, as well as ETA next port. In addition Master is to cable from sea 15/10/7 days ETA notice to Charterers and Agents at discharging ports and to confirm the ETA 72/48/24 hours stating arrival draft.

If owners/master fail to give proper notices in due time as required, charterers shall be allowed 24 hours extra for each notice omitted for loading and/or discharging as the case may be.

## Clause 35: DUNNAGE

Dunnage supplied, if any, for securing of cargo shall become ship's property unless claimed by Charterers at discharging port.

## Clause 36: SHIFTING

1 / 2 SB (S) S.A., AAAA at each port: Shifting expenses, if any, between berths, anchorage to berth and berth to anchorage, to be for Charterers' account and time to count as laytime.

**Clause 37: BUNKERING**
Vessel is allowed to bunker during loading/discharging operations and will not interfere with Charterers commercial operations. Any damages to cargo, or losses of time due to bunkering, if applicable, to be for Owners' account. It is understood that Owners to comply with any law or regulations concerning Oil Pollution and Owners Financial Responsibility therefore.

**Clause 38: RESPONSIBILITIES**
The Pilots, Port Agents, Master, Officers, crew of vessel and any tow boat, person or facilities assisting the vessel in whichever way are considered servants of the Master/vessel and charterers shall not be responsible for any loss, damage claim or whatsoever resulting directly or indirectly from negligence, error or omission of any of them.

**Clause 39: TALLY**
Shore side tally to be for Charterers/Shippers/Receivers' account. ship's side tally to be at owners' account.

**Clause 40: STOWAGE**
Any cargo to be loaded in vessel's holds as customary and no cargo to be loaded in D/T or un-usual places. Should any cargo without Charterers permission be loaded in deep-tanks or places not easily accessible to Shippers/Receivers, loading/discharging, gear/grabs/magnets, any extra costs – including loss of time – for loading and discharging to be born by the Owners.

**Clause 41: P & I**
Notwithstanding anything in this Charter Party to the contrary it is expressly agreed that Owners remain responsible for all personal injury. Owners guarantee to maintain a full P and I cover for the duration of this Charter Party.

**Clause 42: ABSENCE OF BILLS OF LADING**
In case Bills of Lading should not be available at discharging port, on vessel's arrival Owners agree to discharge the cargo against Charterers L.O.I. in Owners P&I wording signed by Charterers authorized signatory.

**Clause 43: BREAKUP**
Owners guarantee that the vessel is not intended for breaking up after completion of this voyage. Owners further guarantee that vessel's ownership and/or management will not be changed during the currency of this c/p.
Should Owners contrary to above guarantee sell the vessel for break-up then Owners to pay whatever insurance's penalty might be assessed against Charterers' forthwith.

**Clause 44: DETENTION BY PORT AUTHORITIES**
Should the vessel for any reason attributable to the Owners be detained by Authorities at any port, Owners are to reimburse Charterers for any proved loss or damages due to vessel being detained.

**Clause 45: BOYCOTT**
In the event of boycott or other difficulties arising due to vessel's flag, or labor boycott or any other discrimination against the ship due to her registry and/or crew, time lost and all consequences for Owners' account and time not to count if boycott/difficulties affect the loading/securing/discharging. If loading/discharging of vessel is adversely affected due to any aforementioned reasons, and if vessel is already on demurrage, such demurrage to be suspended for period during which loading/discharging cannot be carried out.

**Clause 46: CIVIL COMMOTION TUMULTS ETC.**
Time lost by reason of any or all of the following causes shall not be computed in the loading or discharging time; i.e. rebellion, tumults, civil commotion, political disturbances, riots stoppage following trade union or Government orders, or other hands, strikes or stoppages at the mills or on the railroads or at seaboard, frost,flood, earthquake, and all and every other unavoidable hindrance which beyond charterers

control, essential to working carriage, delivery, shipment or discharge of the said cargo, whether partial or general within port limits. Time lost by reason of force majeure of act of God not to count as laytime.

## Clause 47: ARBITRATION

All disputes arising from time to time out of this contract shall, unless the party agrees forthwith on a single Arbitrator, be referred to the final arbitration in London of two Arbitrators carrying business that shall be commercial men and engaged in the shipping trade. One Arbitrator to be appointed by each party with power to such arbitrators to appoint an Umpire, any claims must be made in writing and claimants Arbitrator appointed within one year of final discharge and where this position is not complied with, the claim shall be deemed waived and absolutely barred. No ward shall be questioned if invalidated on the ground that any of the Arbitrators are not qualified as above unless objection to this action is taken before the ward is make. The ward of the Arbitrator of the Umpire is binding for both parties. English Law shall govern interpretation, execution of this contract. L.M.A.A. procedure to apply.

## Clause 48: MASTER'S ASSISTANCE

Master to cooperate with Charterers representative at load and discharge ports in respect of loading/stowing and discharging of the cargo.

## Clause 49:

In addition to box 10 and box 11 of part I, charterers have the right to call under this charter party to a total of 6 ports split in charterers' option.

## Clause 50: VESSEL'S DESCRIPTION & CERTS

Vessel has following particulars and specifications guaranteed by owners:

```
FLAG : MALDIVE
GRT/NRT : 9691/5477
SUEZ GRT/NRT : 10270.41/7727.73
PANAMA GRT/NRT : 10538.70/7542.71
DEADWEIGHT/MAX DRAFT : 11455T ON 8.42M S.DRAFT
SPEED : MAXIMUM ABT 16 KTS
ECO ABT 15/14/13/12 KTS

CONSUMTIONS : AT MAX SPEED ABT 30.0
MTS IFO 380 CST   (FOR MAIN ENGINE)

AT ECO SPEEDS ABT  28/26/24/21 MTS
RESPECTIVELY (FOR  MAIN ENGINE) ALWAYS PLUS ABT 2.5
MTS IFO 380 CST  (FOR SRAFT GENERATOR)

SPEEDS/CONSUMPTIONS  ARE BASED ON GOOD
WEATHER NOT EXCEEDING  BEAUFORT SCALE 3. SMOOTH SEA NOT
EXCEEDING DOUGLAS SCALE 2

ADDITIONAL POWER FOR  REEFER CONTAINERS
OR HOLD VENTILATION FROM AUXILIARY  GENERATORS CONSUMING
2/5 MTS MDO  DEPENDING NUMBER OF  GENERATORS REQUIRED.

NO DIESEL CONSUMPTION AT SEA HOWEVER,
THE VESSEL HAS LIBERTY TO USE MDO WHILE
ENTERING/LEAVING PORT  AND WHEN MANOEUVERING IN
SHALLOW OR NARROW WATERS  RIVERS/CHANNELS OR
WHENEVER/WHEREVER  CUSTOMARY AND/OR WHEN
ENCOUNTERING HEAVY  SEAS WITH WIND FORCE
```

6 OF BEAUFORT SCALE   AND HIGH SWELL ABOVE  3 METERS

IN PORT: ABOUT 1MT IFO + ABOUT  2/5 MTS MDO
DEPENDING ON POWER REQUIRED FOR REEFER
CONTAINERS /HOLD  VENTILATION/GEAR WORKING

QUALITIES: VESSEL ALWAYS TO BE SUPPLIED WITH IFO AS
PER STD ISO 8217 RMG35  AND MDO PER STD  8217 DMB.

DATE OF BLT : 1981. POLAND
LENGTH : LOA= 146.23 M
BREADTH MLD : 21.55 M
DEPTH MLD : 11.30 M
HOLDS : 4
HATCHES : 7 (TWIN HATCHES ON
2/3/4 HOLD)
DERRICKS : 4 X 36 TS + 2 X 27 TS
SWEEDISH HALEN
TYPE WORKING LIKE CRANES
GEAR LOCATION:

HOLD 1 - 1 AFT MAX OUTREACH 10.50 M
HOLD 2 - 1 FORE + 1 AFT MAX OUTREACH 10.50 M
HOLD 3 - 1 FORE + 1 AFT MAX OUTREACH 10.50 M
HOLD 4 - 1 FORE MAX OUREACH 8.30 M

HEAVY LIFT: DERRICKS SERVING EACH HOLD 2 AND 3 CAN
BE COUPLED  BY MEANS OF TRAVERSE BEAM GIVING 69 MTS SWL FOR ONE PAIR
AND 51 MTS SWL FOR THE OTHER PAIR.
MAX OUTREACH 5.80 MTS

CARGO BATTENS : NOT EQUIPED WITH CARGO  BATTENS.
TWEEN DECKS 2,3,4 ARE BOX SHAPED WITH DOUBLE HULL.
CO2 FITTED : ALL CARGO COMPARTMENTS
HOLD VENT : 25 CHANGES/HR BSS EMPTY HOLD
BOWTHROSTER : YES
DANGEROUS CARGO : HOLDS ARE SPECIALLY SUITABLE FOR THE
CARRIAGE OF DANGEROUS CARGOES WITH SEPARATE AIRDUCTS FOR
EACH COMPARTMENT AND SPRINKLER IN HOLD 1
FORECASTLE
FITTINGS : ALL REQUIRED SHOES/LASHINGS/SUPPORTS FOR
FULL CONTAINER LOAD ON  BOARD

REFFER PLUGS : 35 OF CEE SERIES II TYPES WITH 3 WIRES AND
4 POLES, EARTH PIN AT 3 HOUR POSITION, DELIVER 380 V 50 HZ 3
PHASE E.C.

STACK WEIGHTS : 80 MTS ON TANK TOP
40 MTS ON TWEEN DECK
60 MTS ON HATCH COVERS  2-3-4
50 MTS ON HATCH COVER 1

BUNKER CAPACITIES (100%) : IFO : 1,035 MT - MDO : 189
FRESH WATER : 285 MTS
WATER BALLAST : 2270 MTS

CONTAINER CAPACITY : 454 TEU + 12 FEU (FEUS ON
HATCH 1 WHICH  UNSUITABLE FOR TEUS)

ALTERNATIVELY 221 FEUS  + 32 TEUS

ALL CONTAINER LOADS ARE SUBJECT TO THE VESSEL'S
STABILITY,TRIM AND MASTER'S APPROVAL.

```
HATCH DIMS:
FORECASTLE UPPER DECK
TWEEN DECK
---------- ----------
----------
HATCH 1 12.50 X 7.80 12.60 X 7.80
8.40 X 6.10
TWEEN HATCH 2 19.20 X 7.80
19.20 X 5.30/7.80
TWEEN HATCH 3 25.60 X 7.80
25.60 X 7.80
TWEEN HATCH 4 12.50 X 7.80
12.80 X 7.80/5.30


HOLD DIMENSIONS (METERS)
========================
LENGTH BREADTH HEIGHT

HO-1 13.20 6.10 3.80
HO-2 28.80 6.00 (F)/10.50 (A) 5.50
-EACH PS/SB
HO-3 31.80 10.50 (F)/ 8.00 (A) 5.50
-EACH PS/SB
HO-4 16.40 8.00 (F)/ 4.00 (A) 5.50
-EACH PS/SB

TD-1 15.60 5.70 (F)/16.80 (A) 3.20
TD-2 27.40 8.00 (F)/ 9.30 (A) 5.10
-EACH PS/SB(XX)
TD-3 30.20 9.30 5.10
-EACH PS/SB(XX)
TD-4 15.20 9.30 (F)/ 8.50 (A) 5.10
-EACH PS/SB(XX)

UTD 16.00 11.40 (F)/15.80 (A) 4.30
(INCL. HA/COVER)

(XX) THESE HEIGHTS INCLUDE HATCH COVER

CUBIC CAPACITY PER HOLD (ABOUT)
===============================
GRAIN/CBF BALE/CBF
H-1 11213 10704
H-2 P+S 108530 100350
H-3 P+S 142517 131774
H-4 P+S 56412 52160

TOTAL HOLDS 318672 294988

TW.DECK 1 33425 30908
TW.DECK 2 P+S 87746 83774
TW.DECK 3 P+S 105196 100436
TW.DECK 4 P+S 50204 47936

TOTAL TWEEN DECKS 276571 263054
------ ------

H-1 FORECASTLE 41634 38498

TOTALS 636877 596540
```

```
TYPE OF HATCH COVERS
=====================
FLUSH TWEENDECK HATCH COVERS
WEATHER DECK : HYDRAULIC MCGREGOR FOLDING TYPE
TWEENDECK : HYDRAULIC

DECK STRENGTHS (ALL IN MT/SQM)
==============================

INNER BOTTOM LOAD : 10.40
TWEENDECK FRAMES 38-141 : 4.00
TWEENDECK FRAMES 141-165 : 6.00
TWEENDECK HATCHCOVERS 1-4 : 4.00
WEATHERDECK FRAMES 36-141 : 2.00
WEATHERDECK FRAMES 141-165 : 3.38
WEATHERDECK HATCHCOVER 1 : 3.38
WEATHERDECK HATCHCOVERS 2-4 : 2.00
FORECASTLEDECK HATCHCOVER : 1.76


+++

-TONNAGE CERTIFICATE
-P+I CERTIFICATE
-H+M CERTIFICATE
-CERTIFICATE OF REGISTRY
-ISM CERTIFICATES (DOC,SMC)
-ISPS CERTIFICATE
-POCKET PLAN
```

### Clause 51: Bimco standard ISM Clause:

From the date coming into force of the international safety management code in relation to the vessel and thereafter during the currency of this c/p, the owners shall procure that both vessel and 'the company' as defined by the ism code, shall comply with the requirements of the ism code. The owners shall provide a copy of the relevant doc and smc to the charterers.

### Clause 52:

Under no circumstances are owners and brokers concerned in the fixture of this vessel to divulge any details whatsoever to anyone outside their own organization.

### Clause 53

Charterers have the right to detain the vessel prior to arrival at destination and owners to instruct the master to anchor at any safe place on passage in international waters or at a safe waiting place at or off discharging port, pending charterers' further instructions. Such notices to be given to owners/master well in advance and anyhow, before the vessel has tendered notice of readiness and time to count as laytime.

The Owners                                             The Charterers

# EXHIBIT

# 3

| | |
|---|---|
| **From:** | Mihai Felescu [mihai@united.ro] |
| **Sent:** | Wednesday, June 18, 2008 6:08 AM |
| **To:** | Johnny CHRISTENSEN |
| **Cc:** | 1 usa office; Mail Unishipping |
| **Subject:** | Re: RENATA - URGENT/URGENT |

Dear Sirs,

Thanks very much for your below instructions, which are duly noted and we confirm acting accordingly.

Best regards,
Mihai Felescu

---

**United Shipping Agency Srl**
Constantza Port, Berth no. 31
Constantza 900900, Romania
Tel +40 241 672929, Fax +40 241 612420
Cell +40 722 666112, Email office@united.ro
Skype: mihai.felescu

----- Original Message -----
**From:** Johnny CHRISTENSEN
**To:** Mihai Felescu
**Cc:** 1 usa office ; Mail Unishipping
**Sent:** Wednesday, June 18, 2008 1:02 PM
**Subject:** RE: RENATA - URGENT/URGENT

TO UNITED SHIPPING AGENCY
FM UNISHIPPING
CC BAJA FERRIES

ATT MIHAI FELESCU

RE MV RENATA
----
WE – AS DISPONENT OWNERS – OF THE M/V RENATA DO HAVE THE FINAL WORD AND AGENTS MUST OBEY TO OUR ORDERS ANDOR DIRECTIONS IN RESPECT OF THE DOCUMENTATION MADE/ISSUED.

CALDER SEACARRIERS ARE PAYING – AS PART OF OUR CONTRACT – THE D/A BUT THIS DOES NOT MEAN THAT IT RELEASES YOU NOR YOUR COMPANY TO FOLLOW ANY ORDERS ANDOR DIRECTIONS FROM OUR COMPANY.

CAN YOU PLEASE CONFIRM BY RETURN, THAT THE BILLS OF LADING WILL REMAIN IN YOUR CUSTODY UNTIL FURTHER NOTICE GIVEN FROM OUR OFFICE.

FAILING SAME, WE WILL ORGANIZE THAT THE BILLS OF LADING IS BEING PICKED UP BY A PERSON OF OUR TRUST.

IF YOU FAIL IN FOLLOWING OUR ORDERS ANDOR DIRECTIONS, WE WILL UNFORTUNATELY HAVE TO TAKE APPROPRIATE STEPS TO PROTECT OUR INTEREST.

PLEASE CONFIRM RECEIPT OF THIS MESSAGE AND THAT YOU WILL FOLLOW OUR INSTRUCTIONS.

BRGDS/JC

1

# EXHIBIT

# 4

From: "Johnny CHRISTENSEN" <Johnny.CHRISTENSEN@unishipping.com>
To: "Mihai Felescu" <mihai@united.ro>
Date: Fri, 20 Jun 2008 17:30:12 +0200
Cc: "1 usa office" <office@united.ro>,
 "Mail Unishipping" <mail@unishipping.com>,
 <oruano@bajaferriesusa.com>
Subject: RE: RENATA - URGENT/URGENT

TO UNITED SHIPPING AGENCY

FM UNISHIPPING

CC BAJA FERRIES


ATT MR FELESCU


THANKS YOUR BELOW MESSAGE. CAN NOT   REPEAT  CAN NOT GIVE YOU AUTHORITY

TO RELEASE BILLS OF LADING YET AS FREIGHT NOT ON OWNERS ACCOUNT.


KEEP TIGHT TO THEM AND DO ONLY RELEASE SAME UPON OUR WRITTEN CONFIRMATION

THAT SAME CAN BE RELEASED.


BRGDS


────

From: Mihai Felescu [mailto:mihai@united.ro]
Sent: Friday, June 20, 2008 5:29 PM
To: Johnny CHRISTENSEN
Cc: 1 usa office; Mail Unishipping
Subject: Re: RENATA - URGENT/URGENT


Dear Sirs,


Please kindly advise if original Bills of Lading can now be released to
the shippers (we understood that freight has been already paid / funds
already received).

- 1 -

Thanks in advance your prompt reply.


Awaiting yours,


Best regards,

Mihai Felescu

_____

United Shipping Agency Srl

Constantza Port, Berth no. 31

Constantza 900900, Romania

Tel +40 241 672929, Fax +40 241 612420

Cell +40 722 666112, Email office@united.ro <mailto:office@united.ro>

Skype: mihai.felescu

    ----- Original Message -----

    From: Johnny CHRISTENSEN
<mailto:Johnny.CHRISTENSEN@unishipping.com>

    To: Mihai Felescu <mailto:mihai@united.ro>

    Cc: 1 usa office <mailto:office@united.ro>  ; Mail Unishipping
<mailto:mail@unishipping.com>

    Sent: Wednesday, June 18, 2008 1:02 PM

    Subject: RE: RENATA - URGENT/URGENT


    TO UNITED SHIPPING AGENCY

    FM UNISHIPPING

    CC BAJA FERRIES


    ATT MIHAI FELESCU


    RE MV RENATA

Index No. 08 Civ. 06031 (DC) Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAJA FERRIES USA LLC,

Plaintiff,

-against-

CALDER SEACARRIER CORP. a/k/a
CALDER SEA CARRIER CORP., FENBY
CO. a/k/a FENBY CO. LTD., UNITED
SHIPPING AGENCY SRL, BRISTOL MARINE
CO. LTD. and BML CHARTERING
CO. LTD. and BML CHARTERING

Defendants.

DECLARATION

Attorneys for Plaintiff

**CARDILLO & CORBETT**

*Office and Post Office Address, Telephone*
**29 Broadway
NEW YORK, N.Y. 10006
212-344-0464**

Print name beneath

Signature (Rule 130-1.1-a)

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated,

Attorney(s) for

---

NOTICE OF ENTRY

PLEASE take notice that the within is a (*certified*)
true copy of a
duly entered in the office of the clerk of the within
named court on

Dated,

Yours, etc.

**CARDILLO & CORBETT**

*Office and Post Office Address*
**29 Broadway
NEW YORK, N.Y. 10006**

To

Attorney(s) for

---

NOTICE OF SETTLEMENT

PLEASE take notice that an order
of which the within is a true copy will be presented
for settlement to the Hon.

one of the judges of the within named Court, at

on
at                      M.
Dated,

Yours, etc.

**CARDILLO & CORBETT**

*Office and Post Office Address*
**29 Broadway
NEW YORK, N.Y. 10006**

To

Attorney(s) for